B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of California

In re **Carter's Grove, LLC**
Debtor(s)

Case No.
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Dominion Power** P.O. Box 26532 Richmond, VA 23261-6532 | **Dominion Power** P.O. Box 26532 Richmond, VA 23261-6532 804-771-4795 | **Trade debt** | | 18,000.00 |
| **Private Client Group (Chartis)** P.O. Box 601148 Pasadena, CA 91189-1148 | **Private Client Group (Chartis)** P.O. Box 601148 Pasadena, CA 91189-1148 866-387-4481 | **Trade debt** | | 7,500.00 |
| **Anthem Blue Cross and Blue Shield** P.O. Box 580494 Charlotte, NC 28258-0494 | **Anthem Blue Cross and Blue Shield** P.O. Box 580494 Charlotte, NC 28258-0494 1-800-304-0372 | **Trade debt** | | 7,255.96 |
| **Tiger Fuel Company** P.O. Box 1607 Charlottesville, VA 22902 | **Tiger Fuel Company** P.O. Box 1607 Charlottesville, VA 22902 434-293-6157 | **Trade debt** | | 6,338.28 |
| **Natasha K. Loeblich** 315 Drexel Drive Grapevine, TX 76051 | **Natasha K. Loeblich** 315 Drexel Drive Grapevine, TX 76051 972-814-9200 | **Trade debt** | | 5,700.00 |
| **Phillips Energy, Inc.** P.O. Box 726 Gloucester Point, VA 23062 | **Phillips Energy, Inc.** P.O. Box 726 Gloucester Point, VA 23062 804-642-2166 | **Trade debt** | | 1,707.39 |
| **Newport News Waterworks** P.O. Box 979 Newport News, VA 23607-0979 | **Newport News Waterworks** P.O. Box 979 Newport News, VA 23607-0979 757-926-1000 | **Trade debt** | | 1,413.70 |
| **Allied Waste** P.O. Box 9001099 Louisville, KY 40290-1099 | **Allied Waste** 124 Greene Drive Yorktown, VA 23692 757-898-5488 | **Trade debt** | | 444.58 |
| **Meeks Disposal Corp.** 1328 Cavalier Blvd. Chesapeake, VA 23323 | **Meeks Disposal Corp.** 1328 Cavalier Blvd. Chesapeake, VA 23323 757-485-7030 | **Trade debt** | | 390.70 |

B4 (Official Form 4) (12/07) - Cont.

In re **Carter's Grove, LLC**
              Debtor(s)

Case No. _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Bay Disposal & Recycling<br>465 E. Indian River Road<br>Norfolk, VA 23523 | Bay Disposal & Recycling<br>465 E. Indian River Road<br>Norfolk, VA 23523<br>757-857-9700 | Trade debt | | 133.20 |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the as Trustee for Halsey McLean Revocable Trust 11304 of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **February 14, 2011**      Signature   _/s/_

                                              **Halsey M. Minor**
                                              **as Trustee for Halsey McLean Revocable Trust 11304**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.