**Entered on Docket
February 16, 2011**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



**Signed and Filed: February 15, 2011**

_____
**THOMAS E. CARLSON
U.S. Bankruptcy Judge**
_____

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>CARTER'S GROVE, LLC,<br><br><br><br><br>Debtor. | Case No. 11-30554 TEC<br><br>Chapter 11<br><br><br>Date: April 4, 2011<br>Time: 9:30 a.m.<br>Ctrm: Hon. Thomas E. Carlson<br>     235 Pine St., 23rd. Floor<br>     San Francisco, CA |

**CHAPTER 11 STATUS CONFERENCE ORDER**

    A status conference is set in this case at the above date and time.

    At the status conference, Debtor's principal bankruptcy counsel is to appear and advise the court concerning the following:

    1.   The business, financial, and other problems that prompted Debtor's bankruptcy filing.

    2.   How Debtor intends to use the provisions of the Bankruptcy Code to resolve the problems that precipitated the bankruptcy filing.

    3.   A proposed schedule for filing a plan and disclosure statement.

**STATUS CONFERENCE ORDER**

4. Motions for relief from stay, whether pending or resolved.

5. The filing of monthly operating reports, establishment of debtor-in-possession bank accounts, payment of post-petition taxes and United States Trustee fees, and proof of adequate insurance.

6. Any other matters that might materially affect the administration of this bankruptcy case.

At least seven calendar days before the status conference, Debtor's counsel shall file, provide a Chambers Copy of, and serve a status conference statement. Service shall be upon the United States Trustee and the creditors' committee, or, if no such committee has been appointed, to the creditors that hold the twenty largest general unsecured claims, excluding insiders. If the creditors' committee is represented by counsel, service upon committee counsel shall constitute service upon the committee.

**\*\*END OF ORDER\*\***

<pre>
                          Court Service List


 Carter's Grove, LLC
 c/o Halsey Minor
 3810 Washington Street
 San Francisco, CA 94118


 **PLEASE SERVE ALL CREDITORS**
</pre>