Harvey S. Schochet (CA State Bar No. 62673)
Alexis Tretter (CA State Bar No. 269240)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111
Telephone: (415) 276-6500
Fax: (415) 276-6599
harveyschochet@dwt.com
alexistretter@dwt.com

Attorneys for Secured Creditor
AVN AIR, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CARTER'S GROVE, LLC,<br><br>        Debtor. | Case No. 11-30554 (TC)<br><br>Chapter 11<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** |

TO ALL PARTIES IN INTEREST AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure, the undersigned counsel for AVN AIR, LLC, a secured creditor and party-in-interest in this bankruptcy case, requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be served upon the following:

    Harvey S. Schochet, Esq.
    Davis Wright Tremaine LLP
    505 Montgomery Street, Suite 800
    San Francisco, CA 94111
    Telephone: (415) 276-6507
    Fax: (415) 276-6599
    harveyschochet@dwt.com

PLEASE TAKE FURTHER NOTICE that this request is not only for the notices and other documents referred to in the Bankruptcy Rules specified above, but includes, without limitation, all orders, notices of applications, motions, petitions, schedules of assets and liabilities, statement of financial affairs, pleadings, requests, complaints, or demands, whether formal or informal, whether

written or oral, and whether transmitted or conveyed by mail, telephone, facsimile transmission, email or otherwise.

PLEASE TAKE FURTHER NOTICE that AVN AIR, LLC does not intend for this Notice of Appearance and Request for Special Notice, nor any subsequent appearance, pleading or claim to waive any rights to which AVN AIR, LLC is entitled, including but not limited to: (i) have final orders in non-core matters entered only after *de novo* review by a District Judge; (ii) trial by jury; (iii) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any rights, claims, actions, defenses, setoffs, or recoupments to which they are or may be entitled under agreements or in law or in equity, all of which are expressly reserved.

DATED: March 3, 2011

DAVIS WRIGHT TREMAINE LLP

By /s/ *Harvey S. Schochet*
Harvey S. Schochet

Attorneys for Secured Creditor
AVN AIR, LLC

# Proof of Service

I, Susan Catinella, declare under penalty of perjury under the laws of the State of California that the following is true and correct:

I am employed in the City and County of San Francisco, State of California, in the office of a member of the bar of this court, at whose direction the service was made. I am over the age of eighteen (18) years, and not a party to or interested in the within-entitled action. I am an employee of DAVIS WRIGHT TREMAINE LLP, and my business address is 505 Montgomery Street, Suite 800, San Francisco, California 94111

I caused to be served the following documents:

**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE**

I caused the above documents to be served on each person on the attached list by the following means:

- ✓ I enclosed a true and correct copy of said document in an envelope and placed it for collection and mailing with the United States Post Office on March 3, 2011, following the ordinary business practice. *(Indicated on the attached address list by an [M] next to the address.)*

- ☐ I enclosed a true and correct copy of said document in an envelope, and placed it for collection and mailing via Federal Express on , for guaranteed delivery on July 14, 2010, following the ordinary business practice. *(Indicated on the attached address list by an [FD] next to the address.)*

- ☐ I consigned a true and correct copy of said document for facsimile transmission on _____. *(Indicated on the attached address list by an [F] next to the address.)*

- ☐ I enclosed a true and correct copy of said document in an envelope, and consigned it for hand delivery by messenger on _____. *(Indicated on the attached address list by an [H] next to the address.)*

- ☐ A true and correct copy of said document was emailed on February 14, 2011 *(Indicated on the attached address list by an [EM] next to the address.)*

I am readily familiar with my firm's practice for collection and processing of correspondence for delivery in the manner indicated above, to wit, that correspondence will be deposited for collection in the above-described manner this same day in the ordinary course of business. I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Executed on March 3, 2011, at San Francisco, California.

/s/ *Susan Catinella*
Susan Catinella

## Service List

| Key: | [M] | Delivery by Mail | [FD] | Delivery by Federal Express | [H] | Delivery by Hand |
|---|---|---|---|---|---|---|
| | [F] | Delivery by Facsimile | [FM] | Delivery by Facsimile and Mail | [EM] | Delivery by Email |

Carter's Grove LLC
c/o Halsey Minor
3810 Washington Street
San Francisco, CA 94118

Office of the U.S. Trustee
235 Pine Street, Suite 700
San Francisco, Ca 94104

M  Allied Waste
PO Box 9001099
Louisville, KY 40290

Anthem Blue Cross and Blue Shield
PO Box 580494
Charlotte, NC 28258

Bay Disposal & Recycling
465 E. Indian River Road
Norfolk, VA 23523

Charles Steppe
2800 Ridge Road
Charlottesville, VA 22901

Dominion Power
PO Box 26532
Richmond, VA 23261

Kaufman & Canoles PC
Paul W. Gerhardt, Esq.
4801 Courthouse St, Ste 300
Williamsburg, VA 23188

Meeks Disposal Corp.
1328 Cavalier Blvd.
Chesapeake, VA 23323

Natasha K. Loeblich
315 Drexel Drive
Grapevine, TX 76051

Newport News Waterworks
PO Box 979
Newport News, VA 23607

Phillips Energy, Inc.
PO Box 726
Gloucester Point, VA 23062

Private Client Group (Chartis)
PO Box 601148
Pasadena, CA 91189

Reed Smith LLP
James C. Brennan, Esq.
3110 Fairview Park Dr., Ste 1400
Falls Church, VA 22042

Rob & Tami Mays
8797 Pocahontas Trail
Williamsburg, VA 23185

Sotheby's, Inc.
Attn: General Counsel
1334 York Avenue
New York, NY 10021

The Colonial Williamsburg Foundation
Robert B. Taylor
PO Box 1776
Williamsburg, VA 23187

Tiger Fuel Company
PO Box 1607
Charlottesville, VA 22902

Vandeventer Black LLP
Attn: David W. Lannetti
101 W. Main Street
500 World Trade Center
Norfolk, VA 23510

Sotheby's Inc.
Adam A. Lewis, Esq.
Vincent J. Novak, Esq.
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105

PROOF OF SERVICE            2
DWT 16678455v1 0066757-000131

Case: 11-30554   Doc# 20   Filed: 03/03/11   Entered: 03/03/11 16:35:20   Page 4 of 4