1  JEFFREY C. KRAUSE (State Bar No. 94053)
   jkrause@stutman.com
2  H. ALEXANDER FISCH (State Bar No. 223211)
   afisch@stutman.com
3  GABRIEL I. GLAZER (State Bar No. 246384)
   gglazer@stutman.com
4  STUTMAN, TREISTER & GLATT
   PROFESSIONAL CORPORATION
5  1901 Avenue of the Stars, 12th Floor
   Los Angeles, CA 90067
6  Telephone: (310) 228-5600
   Telecopy:  (310) 228-5788
7
   PAUL K. CAMPSEN, (VSB No. 18133)
8  pkcampsen@kaufcan.com
   DENNIS T. LEWANDOWSKI, (VSB No. 22232)
9  dtlewand@kaufcan.com
   KAUFMAN & CANOLES, P.C.
10 150 West Main Street, Suite 2100
   Norfolk, VA 23510
11 Telephone: (757) 624-3000
   Telecopy:   (757) 624-3169
12
   Counsel for The Colonial Williamsburg Foundation

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re<br><br>CARTER'S GROVE, LLC<br><br>             Debtor, | Case No. 11-30554<br><br>Chapter 11<br><br>**THE COLONIAL WILLIAMSBURG FOUNDATION'S NOTICE OF MOTION AND MOTION TO TRANSFER VENUE**<br><br>Hearing<br><br>Date:     April 1, 2011<br>Time:    9:30 a.m.<br>Place:   Courtroom 23<br>           235 Pine Street<br>           San Francisco, CA 94104 |

**TO:** **THE HONORABLE THOMAS E. CARLSON, UNITED STATES BANKRUPTCY COURT JUDGE; CARTER'S GROVE, LLC; ALL CREDITORS AND OTHER PARTIES IN INTEREST; AND THE UNITED STATES TRUSTEE**

PLEASE TAKE NOTICE THAT, on <u>April 1, 2011 at 9:30 a.m.</u> at 235 Pine Street, Courtroom 23, Colonial Williamsburg Foundation ("<u>CWF</u>") will, and hereby does, move the United States Bankruptcy Court for the Northern District of California – San Francisco (the "<u>California Bankruptcy Court</u>"), the Honorable Thomas E. Carlson presiding, for an order transferring the venue of these proceedings under 28 U.S.C. § 1412 and Federal Rule of Bankruptcy Procedure 1014(a).

As set forth in detail in the CWF's "Memorandum in Support of Motion to Transfer Venue" (the "<u>Memorandum</u>") there are compelling reasons to transfer to the case to the United States Bankruptcy Court for the Eastern District of Virginia, Newport News Division for the convenience of the parties and in the interest of justice. The factors to be considered in determining whether a transfer is for the convenience of the parties or in the interest of justice include the following: (1) proximity of creditors; (2) any witnesses would be found in Virginia; (3) the Debtor's only asset is in Virginia; (4) the case would be administered most economically in Virginia; and (5) local concerns weigh in favor of transfer to Virginia. Each of these factors except for one weighs in favor of transfer. The Carter's Grove, LLC (the "<u>Debtor</u>") is a Virginia entity. Its sole asset, an approximately 400-acre parcel that is designated as a National Historic landmark and is listed on the National Register of Historic Places and the Virginia Landmarks Register and includes a historic mansion, reconstructed slave quarters, and archaeology sites (the "<u>Virginia Property</u>"); most of its creditors; and the likely witnesses are located in Virginia. The major issues in the case will involve experts based in Virginia and application of Virginia law. Moreover, the Debtor's unsecured creditors, the largest of whom is owed approximately $18,000, will be deprived, as a practical matter, of the opportunity to participate in the case if venue is retained in the California Bankruptcy Court. The Debtor has waived any objections based on inconvenience through its actions in connection with the Virginia Property and its manager's initiation of a bankruptcy case on behalf of another entity in the United States Bankruptcy Court for the Western District of Virginia. These facts demonstrate that Virginia is not an inconvenient forum for the Debtor or its manager.

- 2 -

548617v1

1    A copy of the Memorandum, the Declaration of Robert B. Taylor in Support of
2 Motion to Transfer Venue ("Taylor Declaration"), and exhibits to the Taylor Declaration have been
3 filed contemporaneously with this motion (collectively, the "Supporting Papers"), and served on the
4 Debtor, counsel for the Debtor, and the United States Trustee. Any party in interest who wishes to
5 receive a copy of the Supporting Papers may contact counsel for CWF.
6    WHEREFOR, CWF respectfully requests that the Court grant this motion, transfer
7 this case to the United States Bankruptcy Court for the Eastern District of Virginia, Newport News
8 Division and grant such other and further relief as may be necessary.

9                                       Respectfully submitted,

11  Dated: March 3, 2011          STUTMAN, TREISTER & GLATT
                                  JEFFREY C. KRAUSE
12                                H. ALEXANDER FISCH
                                  GABRIEL I. GLAZER

14                                By:   */s/ H. Alexander Fisch*
                                        Counsel for THE COLONIAL
15                                      WILLIAMSBURG FOUNDATION

548617v1