# EXHIBIT B

# ARTICLES OF ORGANIZATION

## OF

## CARTER'S GROVE, LLC

Pursuant to Chapter 12 of Title 13.1 of the Code of Virginia, the undersigned states as follows:

1. The name of the limited liability company is Carter's Grove, LLC (the "Company").

2. The address of the initial registered office in Virginia is 123 East Main Street, 8th Floor, Charlottesville, Virginia 22902, which is in the City of Charlottesville, Virginia.

3. The name and address of the initial registered agent is Steven W. Blaine, LeClairRyan, A Professional Corporation, 123 East Main Street, 8th Floor, Charlottesville, Virginia 22902, which is in the City of Charlottesville, Virginia. The initial registered agent is an individual who is a resident of the City of Charlottesville, Virginia, and a member of the Virginia State Bar.

4. The address of the principal office where the records will be maintained pursuant to Va. Code § 13.1-1028 is c/o Minor Ventures, 199 Fremont Street, 12th Floor, San Francisco, California 94105, which is in the County of San Francisco, California.

5. The period of duration of the Company is perpetual.

6. No member of the Company or other person shall have authority to act for or bind the Company unless (a) the member or person is a manager, appointed by a majority of the members of the Company in accordance with the operating agreement of the Company (the "Operating Agreement"), and (b) the member or person is authorized as a manager to so act or bind the Company pursuant to the Operating Agreement or any vote, resolution or consent of a majority of the members in accordance with the Operating Agreement. Any third party dealing with a member or other person may rely without liability on the authority of such member or person as a manager or officer to act for or bind the Company provided that (a) such member or person presents the third party with a signed statement certifying that he is either a manager or officer of the Company and has such authority, and (b) the third party has no knowledge or notice that such member or person lacks such authority.

Signature: _/s/ Steven W. Blaine_
Steven W. Blaine, Organizer

Date: Dec. 10, 2007

Case: 11-30554   Doc# 23-3   Filed: 03/03/11   Entered: 03/03/11 18:32:14   Page 2 of 2