CG PARCEL C

I

ALL that certain piece or parcel of land located in James City County, Virginia, shown and set out as "9.5205 ACRES TO BE TRANSFERRED FROM LOCUST TRACT TO CARTER'S GROVE TRACT", on a plat entitled, "SUBDIVISION OF PROPERTY OF COLONIAL WILLIAMSBURG FOUNDATION, BEING PART OF LOCUST GROVE TRACT TO BE CONVEYED TO WILLIAMSBURG DEVELOPMENT, INC.", made by Langley and McDonald, P.C., and dated April 27, 1992, which plat is recorded in the Clerk's Office of the Circuit Court of the County of James City and City of Williamsburg, Virginia in Plat Book 56, at Page 33.

LESS AND EXCEPT all that real property conveyed by The Colonial Williamsburg Foundation to Williamsburg Development, Inc. by deed dated September 23, 2003, recorded in the Clerk's Office of the Circuit Count of the County of James City and City of Williamsburg, Virginia as Instrument No. 030030432, and as set out as "AREA FROM TAX PARCEL 5910100030A TO BE ADDED TO TAX PARCEL 5920100017" on plat entitled "PLAT SHOWING PARCEL 10 B BEING A SUBDIVISION OF THE PROPERTY OF WILLIAMSBURG DEVELOPMENTS, INC., AND A BOUNDARY LINE ADJUSTMENT BETWEEN THE PROPERTIES OF WILLIAMSBURG DEVELOPMENTS, INC., AND COLONIAL WILLIAMSBURG FOUNDATION AT THE JAMES RIVER COMMERCE CENTER" made by LandMark Design Group and dated 08/14/03, which plat is recorded in the Circuit Court Clerk's Office of James City County and City of Williamsburg, Virginia as Instrument No. 030030432;

II

ALL certain piece or parcel of land located in James City County, Virginia shown and set out as "AREA FROM TAX PARCEL 5920100017 TO BE ADDED TO TAX PARCEL 5910100030A" on the plat entitled "PLAT SHOWING PARCEL 10 B BEING A SUBDIVISION OF THE PROPERTY OF WILLIAMSBURG DEVELOPMENTS, INC., AND A BOUNDARY LINE ADJUSTMENT BETWEEN THE PROPERTIES OF WILLIAMSBURG DEVELOPMENTS, INC., AND COLONIAL WILLIAMSBURG FOUNDATION AT THE JAMES RIVER COMMERCE CENTER" made by LandMark Design Group and dated 08/14/03, which plat is recorded in the Clerk's Office of the Circuit Court of the County of James City and City of Williamsburg, Virginia as Instrument No. 030030432.

IT BEING the same real estate conveyed to The Colonial Williamsburg Foundation, a Virginia non-stock, non-profit corporation, by deed from Williamsburg Development, Inc., dated September 23, 2003, recorded October 8, 2003, in the Clerk's Office, Circuit Court, James City County, Virginia, as Instrument No. 030030433.

Case: 11-30554   Doc# 23-7   Filed: 03/03/11   Entered: 03/03/11 18:32:14   Page 1 of 7

## CG PARCEL D

ALL that certain piece or parcel of land located in James City County, Virginia, shown and set out as "PART OF LOCUST GROVE TRACT" in the northeasternmost corner of a parcel of land shown on a plat entitled "PLAT OF CARTER'S GROVE PROTECTED AREA, EXHIBIT C, BEING PROPERTY OF COLONIAL WILLIAMSBURG FOUNDATION" made by Langley and McDonald, P.C., and dated January 3, 1992, which plat is recorded in Plat Book 55, Page 45.

BEING a part of the same real estate conveyed to Colonial Williamsburg, Incorporated, a Virginia corporation, by Deed from Virginia E. Greene, dated October 2, 1969, recorded October 3, 1969, the Clerk's Office, Circuit Court, James City County, Virginia, in Deed Book 123, Page 497.

## "MARTIN'S BEACH" PARCELS

### MB PARCEL A

ALL that certain tract or parcel of land, situated in Roberts District, formerly Jamestown District, James City County, Virginia, formerly belonging to the estate of the late Charles D. Lee, and lying on the northerly side of Grove Landing Road, and containing eighty-three and thirty-four one-hundredths (83.34) acres, more or less, but being sold and conveyed in gross and not by the acre, and being bounded on the north and east by lands formerly belonging to Mrs. Sadie Lee Taylor; on the southeast and southwest by said Grove Landing Road; and on the northwest and southeast by lands of George S. Martin and of Lillie B. Garner and of Brooks and Richardson, Inc., or their successors in title. The same being shown upon a plat and survey thereof made by V.D. McManus in June, 1942, entitled "Plat Showing Part of Cedar Grove situated in Jamestown District, James City County, Virginia, Being the Property of the C.D. Lee Estate".

LESS AND EXCEPT from the above described tract (i) all that certain piece or parcel of land previously reserved unto Colonial Investors, Incorporated and fronting on County Road number 656, as set out and shown on a plat entitled, "Plat Showing the Proposed Residual Property of Colonial Investors, Incorporated, Situated in James City County, Virginia", dated December 2, 1969, a copy of which said plat is attached to that deed, dated December 12, 1969, between Colonial Investors, Incorporated, and Colonial Williamsburg, Incorporated, and recorded in the Clerk's Office of the Circuit Court of the City of Williamsburg and County of James City, Virginia, in Deed Book 124, at page 652, and to which said plat reference is hereby made for a more complete description of the property reserved unto the said Colonial Investors, Incorporated, and (ii) all those two (2) certain pieces or parcels of land lying and being in Roberts Magisterial District in James City County, Virginia and being more particularly shown and designated as "PROPERTY BEING CONVEYED FROM TAX PARCEL 582-01-00-002 'MARTIN'S BEACH' TO TAX PARCEL 591-01-00-030 'CARTER'S GROVE' 17,237 S.F. (0.3957 ACRE)" on plat entitled " PLAT SHOWING BOUNDARY LINE ADJUSTMENT BETWEEN THE PROPERTIES KNOWN AS 'CARTER'S GROVE' & 'MARTIN'S BEACH' PROPERTY OF THE COLONIAL WILLIAMSBURG FOUNDATION, ROBERTS MAGISTERIAL DISTRICT, JAMES CITY COUNTY, VIRGINIA" made by Vanasse Hangen

Case: 11-30554    Doc# 23-7    Filed: 03/03/11    Entered: 03/03/11 18:32:14    Page 2 of 7

Brustlin, Inc., last revised 05/08/07, and recorded in the aforesaid Clerk's Office as Document No. 070017071, more particularly described by metes and bounds as: (1) beginning at a point on the northerly edge of a private road commonly known as "Carter's Grove Country Road", said point being 286.75 feet in a southwesterly direction from the right of way of Ron Springs Road-State Route 667 and also being a point in the southerly property line of the now or formerly Colonial Williamsburg Foundation Property; thence, crossing "Carter's Grove Country Road" and with the now vacated former property lines of Carter's Grove Estate the following courses and distances: S52°06'02"W 773.24 feet to a point; S32°49'02"W 355.08 feet to a point; S82°42'02"W 39.60 feet to a point; N58°32'58"W 135.49 feet to a point in the southerly property line of the forementioned Colonial Williamsburg Foundation Property; thence with the southerly property lines of the aforementioned Colonial Williamsburg Foundation Property the following courses and distances: S62°25'07"E 92.00 feet to a point; N82°47'31"E 82.00 feet to a point; N31°58'19"E 301.75 feet to a point; N51°32'14"E 567.00 feet to a point; N50°30'04"E 231.37 feet to a point; S37°53'58"E 20.00 feet to the point of beginning, and (2) beginning at a point in the southerly property line of the now or formerly Colonial Williamsburg Foundation Property and being approximately 2020 feet in a southwesterly direction from the right of way of Ron Springs Road-State Route 667; thence with the now vacated former property lines of Carter's Grove Estate the following courses and distances: N34°10'59"W 87.54 feet to a point; N34°35'01"W 22.62 to a point in the southerly property line of the aforementioned Colonial Williamsburg Foundation Property; thence with the southerly property line of the aforementioned Colonial Williamsburg Foundation Property the following courses and distances: S45°13'58"E 53.00 feet to a point; S24°25'30"E 59.00 feet to the point of beginning; and (iii) all that certain lot, piece or parcel of land lying and being in situate and lying in Roberts Magisterial District (formerly Jamestown Magisterial District), James City County, Virginia, with improvements thereon and appurtenances thereunto belonging, containing 43.108 acres more of less, being more particularly described by plat of Baldwin and Gregg, Engineers, Surveyors, Planners, Norfolk, Virginia dated March 31, 1970, revised December 9, 1970 and entitled "Property of Colonial Williamsburg Inc. to be Conveyed to Hampton Roads Sanitation District, Roberts Magisterial District (formerly Jamestown Magisterial District), James City County, Virginia", and by plat conveyed to Hampton Roads Sanitation District by deed dated July 7, 1971, recorded in the aforesaid Clerk's Office in Deed Book 132, at page 119.

BEING part of the same real estate conveyed to Colonial Williamsburg Incorporated, a Virginia corporation, by deed from Colonial Investors, Incorporated, a Virginia corporation, dated December 12, 1969, recorded December 31, 1969, in the Clerk's Office of the Circuit Court of the County of James City and City of Williamsburg, Virginia in Deed Book 124, at page 652.

## MB PARCEL B

### I

ALL that certain lot, piece or parcel of land together with the improvements thereon situate, lying and being formerly in Jamestown District, but now Roberts District, James City County, Virginia, on the shore of the James River beginning at a marked cedar tree at the corner of the

Bath House on the property now or formerly of George W. Martin and running westerly along the low water mark of the James River 181 feet, more or less, to the center of a small stream separating this land from the land now or formerly of J.W. Fletcher, or run which nearly bisects a small swamp in the rear of the property and empties into said River; thence following the said small stream or run in a diagonal course to a large cypress which marks the easterly boundary line of the said land now or formerly of George W. Martin; thence in a direct line along the line of the said land now or formerly of George W. Martin to the low water mark on the river shore; said land containing one or more acres, but not being sold by the acre, but in gross, together with all rights, privileges and appurtenances thereunto belonging or in anywise appertaining.

II

ALL that certain lot piece or parcel of land, together with the improvements thereon situate, lying and being formerly in Jamestown District, but now Roberts District, James City County, Virginia containing 3.2 acres, more or less, which parcel of land fronts 221 feet, more or less, on the James River and is part of the tract known as "Cedar Grove" and is more particularly shown and designated on a plat made by Paul R. Wilford, C.E., dated August 18, 1926, recorded in the Clerk's Office of the County of James City on that date in Plat Book 4, page 4.

III

ALL that certain lot, piece or parcel of land, together with the improvements thereon situate, lying and being formerly in Jamestown District, but now Roberts District, James City County, Virginia, containing one (1) acre, more or less, bounded and described as follows:

Bounded on the southwest and west by James River a distance of 190 feet; south and southeast by Carter's Grove and Lee's a distance of 133 feet from River to Mulberry tree, a distance of 74 feet from the Mulberry tree to peg, and from peg to Cypress 78 feet; on the east and northeast by Lee's, a distance of 270 feet from Cypress tree to Cypress tree and on the north by said C.D. Lee, a distance of 120 feet from Cypress to River.

LESS AND EXCEPT from the above described lots, pieces or parcels MB PARCEL B I, II, AND III all that certain lot, piece or parcel of land lying and being in situate and lying in Roberts Magisterial District (formerly Jamestown Magisterial District), James City County, Virginia, with improvements thereon and appurtenances thereunto belonging, containing 43.108 acres more of less, being more particularly described by plat of Baldwin and Gregg, Engineers, Surveyors, Planners, Norfolk, Virginia dated March 31, 1970, revised December 9, 1970 and entitled "Property of Colonial Williamsburg Inc. to be Conveyed to Hampton Roads Sanitation District, Roberts Magisterial District (formerly Jamestown Magisterial District), James City County, Virginia", and by plat conveyed to Hampton Roads Sanitation District by deed dated July 7, 1971, in the aforesaid Clerk's Office in Deed Book 132, at page 119.

BEING a part of the same real estate conveyed to Colonial Williamsburg, Incorporated, a Virginia corporation, by Deed from Edward D. Edloe and Mamie P. Edloe, husband and wife, dated December 15, 1969, recorded December 30, 1969, in the Clerk's Office of the Circuit

Case: 11-30554    Doc# 23-7    Filed: 03/03/11    Entered: 03/03/11 18:32:14    Page 4 of 7

Court of the County of James City and City of Williamsburg, Virginia in Deed Book 124, Page 626.

MB PARCEL C

ALL that certain tract, piece or parcel of land containing 68.84 acres, more or less, situate in Jamestown District, James City County, Virginia, as shown and set forth on a plat entitled "JAMESTOWN DIST. JAMES CITY COUNTY, VIRGINIA PLAT SHOWING BOUNDARY SURVEY OF A TRACT OF LAND STANDING IN THE NAME OF PROGRESSIVE ENTERPRISES, INC.", dated June 6, 1967 and made by Vincent D. McManus, C.E., said plat is recorded in the Clerk's Office of the Circuit Court for the City of Williamsburg and James City County, Virginia, in Plat Book 24, page 62, on which plat said property is more particularly described as follows:

BEGINNING at an iron pipe on the Southwesterly side of a partly improved road where the tract hereby described, the property now or formerly of Colonial Investors, Inc., and said partly improved road converge, which point is 1142 feet from Grove Landing Road (Virginia State Route No. 667), thence S. 38° 05' West a distance of 297.67 feet to an iron pipe, thence S. 44° 06' West a distance of 236.00 feet to an iron pipe, thence S. 47° 32' West a distance of 326.0 feet to a point, thence S. 48° 12' West a distance of 386.00 feet to an iron pipe; thence S. 55° 19' West a distance of 168.00 feet to an iron pipe thence S. 70° 30' West a distance of 137.00 feet to an iron pipe, thence N. 11° 05' West a distance of 149.0 feet to an iron pipe, thence N. 9° 55' West a distance of 187.5 feet to a corner Cedar, thence S. 66° 00' West a distance of 172.0 feet to an iron pipe in a Cedar stump, thence N. 46° 14' West a distance of 65.00 feet to an iron pipe, thence S. 71° 26' West a distance of 316.0 feet to an iron pipe, thence S. 81° 05' West a distance of 170.51 feet to a steel post, thence continuing in the same course to a point in the mean low water line of the James River, thence in a general Northwesterly course along said mean low water line of the James River a distance of 1910 feet, more or less, to Welhams Run, (base line: N. 36° 59' West a distance of 275.0 feet to an iron pipe, thence N. 37° 01' West a distance of 241.60 feet to an iron pipe, thence N. 38° 52' West a distance of 940.18 feet to an iron pipe, thence N. 47° 37' West a distance of 252.62 feet to an iron pipe, thence N. 77° 23' West a distance of 153.73 feet to an iron pipe), thence in a general easterly, then northerly, then northeasterly direction along said Welhams Run a distance of 2900 feet, more or less, to a point, thence S. 16° 46' East a distance of 300 feet, more or less, along an old fence to an iron pipe, thence continuing in the same course a distance of 69.71 feet to an iron pipe, thence S. 39° 45' East a distance of 251.36 feet to an iron pipe, thence S. 57° 37' East a distance of 500 feet to an iron pipe, thence S. 62° 15' East a distance of 264.0 feet to an iron pipe, thence S. 77° 40' East a distance of 179.0 feet to an iron pipe, thence S. 31° 19' East a distance of 283.55 feet to an iron pipe, which is the point of beginning, and being bounded on the Southwest by the James River, on the Northwest by Welhams Run, on the Northeast by property now or formerly of Colonial Investors, Inc., and on the Southeast by properties now or formerly of Colonial Investors, Inc., and Edward Edloe.

Case: 11-30554    Doc# 23-7    Filed: 03/03/11    Entered: 03/03/11 18:32:14    Page 5 of 7

LESS AND EXCEPT all that certain lot, piece or parcel of land lying and being in situate and lying in Roberts Magisterial District (formerly Jamestown Magisterial District), James City County, Virginia, with improvements thereon and appurtenances thereunto belonging, containing 43.108 acres more of less, being more particularly described by plat of Baldwin and Gregg, Engineers, Surveyors, Planners, Norfolk, Virginia dated March 31, 1970, revised December 9, 1970 and entitled "Property of Colonial Williamsburg Inc. to be Conveyed to Hampton Roads Sanitation District, Roberts Magisterial District (formerly Jamestown Magisterial District), James City County, Virginia", by plat conveyed to Hampton Roads Sanitation District by deed dated July 7, 1971, in the aforesaid Clerk's Office in Deed Book 132, at page 119.

BEING a part of the same real estate conveyed to Colonial Williamsburg Incorporated, a Virginia corporation, by Deed of Gift from Sealantic Fund, Inc. a New York corporation, dated December 19, 1969, recorded December 30, 1969, in the City of Williamsburg and James City County, Virginia, in James City County in Deed Book 124, Page 639.

6171629\5

VIRGINIA: CITY OF WILLIAMSBURG & COUNTY OF JAMES CITY
This document was admitted to record on 19 (Dec).07
at 11:37 AM/PM. The taxes imposed by Virginia Code
Section 58.1-801, 58.1-802 & 58.1-814 have been paid.
    STATE TAX        LOCAL TAX        ADDITIONAL TAX
$_____   $_____   $_____
TESTE: BETSY B. WOOLRIDGE, CLERK
BY: *Betsy B Woolridge* _____ Clerk

23   23
Page 22 of 22

Case: 11-30554   Doc# 23-7   Filed: 03/03/11   Entered: 03/03/11 18:32:14   Page 6 of 7



**COMMONWEALTH OF VIRGINIA**

OFFICIAL RECEIPT
WILLIAMSBURG/JAMES CITY COUNTY CIRCUIT
DEED RECEIPT

```
DATE: 12/19/07  TIME: 11:37:21  ACCOUNT: 830CLR07003497O  RECEIPT: 0700005272
CASHIER: CHB    REG: WD45       TYPE: DOT    PAYMENT: FULL PAYMENT
INSTRUMENT : 07003497O  BOOK:         PAGE:         RECORDED: 12/19/07 AT 11:37
                                                              EX: N  LOC: CO
GRANTOR: CARTER S GROVE LLC                                   EX: N  PCT: 100%
GRANTEE: HOLMES, MANUS E
AND ADDRESS : 5                              DATE OF DEED: 12/17/07
RECEIVED OF : FIRST AM TITLE INS
CHECK:        $34,258.33
DESCRIPTION 1: 406.90 AC PARCEL 1 CARTERS GROVE         PAGES: 23
            2:                                          NAMES: 0
CONSIDERATION: 10,300,000.00  A/VAL:            .00 MAP:
                                                    PIN:
301 DEEDS                       28.50   145  VSLF                     1.50
039 DEEDS & CONTRACTS       25,660.00   213  COUNTY GRANTEE TAX   8,553.33
106 TECHNOLOGY TRST FND          5.00   036  DEED PROCESSING FEE     10.00

                                                    TENDERED :    34,258.33
                                                    AMOUNT PAID:  34,258.33
                                                    CHANGE AMT :       .00

              CLERK OF COURT: BETSY B. WOOLRIDGE
```

DC-18 (1/90)

Case: 11-30554   Doc# 23-7   Filed: 03/03/11   Entered: 03/03/11 18:32:14   Page 7 of 7