# **EXHIBIT E**

Page 1 of 1

Please note: The SCC website will be unavailable **Saturday, January 15, from 8:00 a.m. until noon** and **Thursday, January 20, from 6:00 p.m. until 10 p.m.** for system maintenance.
We apologize for the inconvenience and appreciate your patience.

SCC Home | Contact SCC | Site Map | Search




```
                                                        01/13/11
    CISM9022              NAME SEARCH LLC               09:33:49
                                                        PAGE:      1
 SEARCH NAME:   CARTERSLANDSCAPINGLLC
 GO TO PAGE:                                            DIRECTION:  F
    LLC-ID       LIMITED LIABILITY COMPANY NAME         STATUS/DATE
 1: S140665-3  [-] CARTERS GROVE DEVELOPMENT, L.L.C.    ACTIVE
                                                        12/22/04
 2: S243637-8  [-] CARTER'S GROVE, LLC                  CANC(AUTO-
                                                        12/31/10
 3: S160055-2  [-] CARTER'S HEARING CENTER, LLC         ACTIVE
                                                        07/20/05
 4: S132058-1  [-] CARTER'S INN, L.L.C.                 ACTIVE
                                                        09/08/04
 5: S138240-9  [-] CARTER'S INVESTMENT PROPERTIES, LLC  CANC(AUTO-
                                                        12/31/08
 6: S281213-1  [-] CARTER'S INVESTMENT PROPERTIES, L.L.C. ACTIVE
                                                        01/24/09
 7: S307633-0  [-] CARTER'S LANDSCAPING L.L.C.          CANC(AUTO-
                                                        12/31/10
```

(Screen Id:/LLC_Name_Search)

https://cisiweb.scc.virginia.gov/instant.aspx     1/13/2011

Case: 11-30554    Doc# 23-8    Filed: 03/03/11    Entered: 03/03/11 18:32:14    Page 2 of 2