# EXHIBIT F



**Commonwealth of Virginia**
# State Corporation Commission

```
                                                              03/01/11
         CISM0200              Activity Detail                10:22:45
             Corp ID:   S243637 - 8
                        Carter's Grove, LLC
    Corporate Name:
    Correspondence     LAURA CHILDRESS
              Name:
           Address:    2672 CELAYA CIRCLE

                City:  SAN RAMON              State: CA  Zip: 94583
             Country:  0.00                   Actv User Id: CISCLP2
   Type    Description            Status        Eff Date    Date      Time
   LCPF    LC PRIN OFC FORM    3 ACCEPTED       02/28/11   02/28/11  13:55:33
       DCN          Letter    Amount Req   Unpaid Fees  SCC/EXP FEE  Amt Returned
   99-99-99-9999   LCPOSTAT
      Rejection Reason                    Description



   Additional Comments Indicator:   NO   Display Additional Comments?   N
        [ PFKeys ]   [ F3=Return ]  [ F7=Up ]   [ F8=Down ]
```

(Screen Id:/Corp_Activity_Detail_Inquiry)





Commonwealth of Virginia
# State Corporation Commission

```
                                                              03/01/11
        CISM0200              Activity Detail                 10:23:03
           Corp ID:  S243637 - 8
                     Carter's Grove, LLC
    Corporate Name:
    Correspondence   LAURA CHILDRESS
              Name:
           Address:  2672 CELAYA CIR
                     FAX 310-276-0858
              City:  SAN RAMON           State: CA  Zip: 94583
           Country:  175.00              Actv User Id: CIS0372
  Type   Description           Status      Eff Date    Date      Time
  LLRE   LLC REINSTATEMENT    3 ACCEPTED    02/07/11  02/07/11  09:37:42
     DCN         Letter    Amount Req  Unpaid Fees  SCC/EXP FEE  Amt Returned
  11-02-07-1410  LLREACPT                              175.00
     Rejection Reason                  Description      75.00



  Additional Comments Indicator:  NO   Display Additional Comments?  N
         [ PFKeys ]  [ F3=Return ] [ F7=Up ]  [ F8=Down ]
```

(Screen Id:/Corp_Activity_Detail_Inquiry)