

# Commonwealth of Virginia
## State Corporation Commission

```
                                                            03/01/11
         CISM0200              Activity Detail               10:22:03
             Corp ID:  S243637 - 8
                       Carter's Grove, LLC
    Corporate Name:
    Correspondence    STEVEN W BLAINE
              Name:   LECLAIRRYAN, A PROFESSIONAL CORPORATION
           Address:   123 E MAIN ST 8TH FL

              City:  CHARLOTTESVILLE      State: VA  Zip: 22902
           Country:  0.00                 Actv User Id: CIS0372
Type    Description            Status       Eff Date    Date      Time
LCPO   LLC PRINCIPAL OFFICE   3 ACCEPTED    02/07/11   02/07/11  09:38:16
     DCN         Letter     Amount Req   Unpaid Fees  SCC/EXP FEE  Amt Returned
11-02-07-1414   LCPOACPT
  Rejection Reason                     Description


Additional Comments Indicator:  NO    Display Additional Comments?  N
     [PFKeys]    [F3=Return] [F7=Up]    [F8=Down]
```

(Screen Id:/Corp_Activity_Detail_Inquiry)



```
                                                              03/01/11
              LLCM3220           LLC DATA INQUIRY             10:23:15
     LLC ID:   S243637 - 8   STATUS: 00  ACTIVE     STATUS DATE:  02/07/11
     LLC NAME: Carter's Grove, LLC

DATE OF FILING: 12/13/2007   PERIOD OF DURATION:         INDUSTRY CODE: 00
STATE OF FILING: VA VIRGINIA              MERGER INDICATOR:
                             CONVERSION/DOMESTICATION INDICATOR:
               P R I N C I P A L   O F F I C E   A D D R E S S
     STREET: 2672 CELAYA CIRCLE

       CITY: SAN RAMON              STATE: CA  ZIP: 94583-0000
           R E G I S T E R E D   A G E N T   I N F O R M A T I O N
    R/A NAME: STEVEN W BLAINE
              LECLAIRRYAN, A PROFESSIONAL CORPORATION
     STREET: 123 E MAIN ST 8TH FL

       CITY: CHARLOTTESVILLE         STATE: VA  ZIP: 22902-0000
    R/A STATUS: 4 MEMBER OF VSB   EFF DATE: 12/13/07 LOC: 203 CHARLOTTESVILLE
       YEAR        FEES      PENALTY     INTEREST      BALANCE
        10         50.00      25.00
```

(Screen Id:/LLC_Data_Inquiry)

```
System                    LLCM8380           LLC ACTIVITY SUMMARY

Help              LLC ID:    S243637 - 8                      ACTIVITY
                  LLC NAME:  Carter's Grove, LLC
Print

Signoff     S
            L   TYPE  DESC                  STATUS         EFF DATE
                LCPF  LC PRIN OFC FORM    3 ACCEPTED       02/28/11
                LCPO  LLC PRINCIPAL OFFI  3 ACCEPTED       02/07/11
                LLRE  LLC REINSTATEMENT   3 ACCEPTED       02/07/11
                REXP  REIN PACK EXP       3 ACCEPTED       02/03/11
                LCPF  LC PRIN OFC FORM    7 FORM SENT      02/03/11
                RAF   STATEMENT OF REGIS  3 ACCEPTED       02/03/11
                LLRL  LLC REIN INSTRUCTI  5 LETTER SENT    02/03/11
                COP   COPYWORK            3 ACCEPTED       02/23/10
                COP   COPYWORK            3 ACCEPTED       01/21/10
                COP   COPYWORK            3 ACCEPTED       01/21/10
```

CIS has changed to enhance its navigation. Click on menu items or buttons to select and also use function keys as labeled. Function k( on the Application Screen. Please refer to **Function Key Documentation**

Charlotte S. Rawls
Commercial Paralegal
**Kaufman & Canoles, P.C.**
150 W. Main Street, Suite 2100
Norfolk, VA 23510-1665

T (757) 624.3298

2

Case: 11-30554   Doc# 23-10   Filed: 03/03/11   Entered: 03/03/11 18:32:14   Page 3 of 3