JEFFREY C. KRAUSE (State Bar No. 94053)
jkrause@stutman.com
H. ALEXANDER FISCH (State Bar No. 223211)
afisch@stutman.com
GABRIEL I. GLAZER (State Bar No. 246384)
gglazer@stutman.com
STUTMAN, TREISTER & GLATT
PROFESSIONAL CORPORATION
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone: (310) 228-5600
Telecopy: (310) 228-5788

PAUL K. CAMPSEN, (VSB No. 18133)
pkcampsen@kaufcan.com
DENNIS T. LEWANDOWSKI, (VSB No. 22232)
dtlewand@kaufcan.com
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3000
Telecopy: (757) 624-3169

Counsel for The Colonial Williamsburg Foundation

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re<br><br>CARTER'S GROVE, LLC<br><br>              Debtor, | Case No. 11-30554<br><br>Chapter 11<br><br>**NOTICE OF HEARING RE THE COLONIAL WILLIAMSBURG FOUNDATION'S MOTION TO TRANSFER VENUE**<br><br>Hearing<br><br>Date: April 1, 2011<br>Time: 9:30 a.m.<br>Place: Courtroom 23<br>          235 Pine Street<br>          San Francisco, CA 94104 |

**TO:** THE HONORABLE THOMAS E. CARLSON, UNITED STATES BANKRUPTCY COURT JUDGE; CARTER'S GROVE, LLC; ALL CREDITORS AND OTHER PARTIES IN INTEREST; AND THE UNITED STATES TRUSTEE

**PLEASE TAKE NOTICE THAT**, on <u>April 1, 2011 at 9:30 a.m.</u> at 235 Pine Street, Courtroom 23, Colonial Williamsburg Foundation ("<u>CWF</u>") will move the United States Bankruptcy Court for the Northern District of California – San Francisco, the Honorable Thomas E. Carlson presiding, for an order transferring the venue of these proceedings under 28 U.S.C. § 1412 and Federal Rule of Bankruptcy Procedure 1014(a).

**PLEASE TAKE FURTHER NOTICE THAT**, on March 3, 2011, CWF filed its Notice of Motion and Motion To Transfer Venue (the "<u>Motion</u>"), "Memorandum in Support of Motion to Transfer Venue" (the "<u>Memorandum</u>") and "Declaration of Robert B. Taylor In Support of Motion to Transfer Venue" (the "<u>Taylor Declaration</u>"). Copies of the Motion, Memorandum, and Taylor Declaration were served on the Debtor, Debtor's Counsel, the United States Trustee and all Creditors in this case.

**PLEASE TAKE FURTHER NOTICE THAT**, under the local rules, any opposition to the Motion must be filed with Court and served on CWF's attorneys no later than March 18, 2011. A reply to any opposition filed to the Motion must be filed with the court and served on the opposing party no later than March 25, 2011.

**PLEASE TAKE FURTHER NOTICE THAT** counsel for Carter's Grove, LLC (the "<u>Debtor</u>") has requested, and counsel for CWF has agreed, to modify the deadlines set forth in the immediately preceding paragraph as follows: (i) the Debtor may file with the Court and serve, by email to CWF's counsel, an opposition to the Motion by no later than 5:00 p.m. on March 23, 2011; and (ii) CWF may file with the Court and serve, by email to the Debtor's counsel, a reply to such opposition by 5:00 p.m. on March 29, 2011.

Respectfully submitted,

Dated: March 8, 2011

STUTMAN, TREISTER & GLATT
JEFFREY C. KRAUSE
H. ALEXANDER FISCH
GABRIEL I. GLAZER

By: */s/ H. Alexander Fisch*
Counsel for THE COLONIAL WILLIAMSBURG FOUNDATION

# CERTIFICATE OF SERVICE

I, Joanne B. Stern, am over the age of 18 years and not a party to the within action. I am employed in an office that employs a member of the bar of this court, at whose direction the within service was made. My business address is Stutman, Treister, & Glatt Professional Corporation, 1901 Avenue of the Stars, 12th Floor, Los Angeles, California 90067-6013. On March 8, 2011, I served the foregoing pleadings:

**NOTICE OF HEARING RE THE COLONIAL WILLIAMSBURG FOUNDATION'S MOTION TO TRANSFER VENUE**

on the interested parties in this action by placing true copies thereof, enclosed in sealed envelopes, with first class postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as follows:

*See Service List Attached Hereto and Incorporated Herein by Reference*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 8, 2011, at Los Angeles, California.

*/s/Joanne B. Stern*
Joanne B. Stern

- 4 -

548744v1

Carter's Grove LLC – Service List
created 03/03/2011 doc # 548629

| Debtor: | Debtor's Counsel: | |
| --- | --- | --- |
| Carter's Grove LLC | Debra I. Grassgreen | U.S. Trustee: |
| c/o Haley's Minor | Pachulski, Stang, Ziehl & Jones | Office of the U.S. Trustee |
| 3810 Washington Street | 150 California St., 15th Fl | 235 Pine Street, Suite 700 |
| San Francisco, CA 94118-1650 | San Francisco, CA 94111-4554 | San Francisco, CA 94104-2736 |
| AVN Air, LLC: | | |
| c/o GE Capital | Allied Waste | Anthem Blue Cross and Blue Shield |
| Attn: Doby Rose | PO Box 9001099 | PO Box 580494 |
| 4 Park Plaza, Suite 1400 | Louisville, KY 40290-1099 | Charlotte, NC 28258-0494 |
| Irvine, CA 92614-8560 | | |
| | CA Employment Development Dept. | CA Franchise Tax Board |
| Bay Disposal & Recycling | Bankruptcy Group MIC 928 | Special Procedures Bankruptcy Unit |
| 465 E. Indian River Road | PO Box 826880 | PO Box 2952 |
| Norfolk, VA 23423-1755 | Sacramento, CA 94280-0001 | Sacramento, CA 95812-2952 |
| | Chief Tax Collection Section | David Write Tremaine LLP |
| Charles Steppe | Employment Development Section | Attn: Harvey S. Schochet |
| 2800 Ridge Road | PO Box 826203 | 505 Montgomery Street |
| Charlottesville, VA 22901-9484 | Sacramento, CA 94230 | San Francisco, CA 94111-6529 |
| | | Kaufman & Canoles PC |
| Dominion Power | IRS | Paul W. Gerhardt, Esq. |
| PO Box 26532 | PO Box 7346 | 4801 Courthouse St., Ste 300 |
| Richmond, VA 23261-6532 | Philadelphia, PA 19101-7346 | Williamsburg, VA 23188-2678 |
| Adam A. Lewis | Meeks Disposal Corp. | Natasha K. Loeblich |
| Morrison and Foerster LLP | 1238 Cavalier Blvd. | 315 Drexel Drive |
| 425 Market Street | Chesapeake, VA 23323-1502 | Grapevine, TX 76051-5102 |
| San Francisco, CA 94105-2482 | | |
| | Vincent J. Novak | |
| Newport News Waterworks | Morrison and Foerster LLP | Phillips Energy, Inc. |
| PO Box 979 | 425 Market St. | PO Box 726 |
| Newport News, VA 23607-0979 | San Francisco, CA 94105-2482 | Gloucester Point, VA 23062-0726 |
| | Reed Smith LLP | |
| | Attn: James C. Brennan | |
| Private Client Group (Chartis) | 3110 Fairview Park Drive, Suite 1400 | Rob Mays |
| PO Box 601148 | Falls Church, VA 22042-4535 | 8797 Pocahontas Trail |
| Pasadena, CA 91189-1148 | | Williamsburg, VA 23185-6025 |

| | | |
|---|---|---|
| Sotheby's Inc.<br>Attn: General Counsel<br>1334 York Avenue<br>New York, NY 10021-4806 | Tami Mays<br>8797 Pocahontas Trail<br>Williamsburg, VA 23185-6025 | The Colonial Williamsburg Foundation<br>Attn: Gail Waddell<br>134 N. Henry Street<br>PO Box 1776<br>Williamsburg, VA 23187-1776 |
| Kaufman & Canoles, P.C.<br>Paul K. Campsen<br>Dennis T. Lewandowski<br>150 West Main Street, Suite 2100<br>Norfolk, VA 23510 | | |