JEFFREY C. KRAUSE (State Bar No. 94053)
jkrause@stutman.com
H. ALEXANDER FISCH (State Bar No. 223211)
afisch@stutman.com
GABRIEL I. GLAZER (State Bar No. 246384)
gglazer@stutman.com
STUTMAN, TREISTER & GLATT
PROFESSIONAL CORPORATION
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone: (310) 228-5600
Telecopy: (310) 228-5788

PAUL K. CAMPSEN, (VSB No. 18133)
pkcampsen@kaufcan.com
DENNIS T. LEWANDOWSKI, (VSB No. 22232)
dtlewand@kaufcan.com
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3000
Telecopy: (757) 624-3169

Counsel for The Colonial Williamsburg Foundation

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>CARTER'S GROVE, LLC<br><br>Debtor, | Case No. 11-30554<br><br>Chapter 11<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** |

**TO THE HONORABLE THOMAS E. CARLSON, THE DEBTOR, ALL CREDITORS AND PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE THAT,** KAUFMAN & CANOLES, P.C. hereby appears on behalf of and as attorneys for The Colonial Williamsburg Foundation, pursuant to Rules 2002, 9007, 9010(B), of the Federal Rules of Bankruptcy Procedures and § 1109(b) of the Bankruptcy Code. Accordingly, demand is hereby made for copies of all notices given or required to be given in these cases, and all pleadings served in these cases. Such notices and pleadings should be served as follows:

> KAUFMAN & CANOLES, P.C.
> Paul K. Campsen
> Dennis T. Lewandowski
> 150 West Main Street, Suite 2100
> Norfolk, VA 23510
> Telephone: (757) 624-3000
> Telecopy: (757) 624-3169

**And by email at:**

> pkcampsen@kaufcan.com
> dtlewand@kaufcan.com

> The Colonial Williamsburg Foundation
> Gail Waddell, General Counsel
> 134 N. Henry Street
> PO Box 1776
> Williamsburg, VA 23187-1776

**And by email at:**
GWaddell@CWF.org

**PLEASE TAKE FURTHER NOTICE THAT,** pursuant to Bankruptcy Code § 1109(b), the foregoing demand includes not only notices and papers referred to in the Rules specified above but also includes, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by e-mail, mail, hand delivery, telephone, telecopy or otherwise, which affects the Debtor or the property of the Debtor.

Dated: March 9, 2011

*Paul K. Campsen*
PAUL K. CAMPSEN,
DENNIS T. LEWANDOWSKI
KAUFMAN & CANOLES, P.C.
Attorneys for The Colonial Williamsburg Foundation

# CERTIFICATE OF SERVICE

I, Joanne B. Stern, am over the age of 18 years and not a party to the within action. I am employed in an office that employs a member of the bar of this court, at whose direction the within service was made. My business address is Stutman, Treister, & Glatt Professional Corporation, 1901 Avenue of the Stars, 12th Floor, Los Angeles, California 90067-6013. On March 16, 2011, I served the foregoing pleadings:

**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE**

on the interested parties in this action by placing true copies thereof, enclosed in sealed envelopes, with first class postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as follows:

*See Service List Attached Hereto and Incorporated Herein by Reference*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 16, 2011, at Los Angeles, California.

/s/Joanne B. Stern
Joanne B. Stern

Carter's Grove LLC – Service List
created 03/03/2011 doc # 548629

| | | |
|---|---|---|
| Debtor:<br>Carter's Grove LLC<br>c/o Haley's Minor<br>3810 Washington Street<br>San Francisco, CA 94118-1650 | Debtor's Counsel:<br>Debra I. Grassgreen<br>Pachulski, Stang, Ziehl & Jones<br>150 California St., 15th Fl<br>San Francisco, CA 94111-4554 | U.S. Trustee:<br>Office of the U.S. Trustee<br>235 Pine Street, Suite 700<br>San Francisco, CA 94104-2736 |
| AVN Air, LLC:<br>c/o GE Capital<br>Attn: Doby Rose<br>4 Park Plaza, Suite 1400<br>Irvine, CA 92614-8560 | Allied Waste<br>PO Box 9001099<br>Louisville, KY 40290-1099 | Anthem Blue Cross and Blue Shield<br>PO Box 580494<br>Charlotte, NC 28258-0494 |
| Bay Disposal & Recycling<br>465 E. Indian River Road<br>Norfolk, VA 23423-1755 | CA Employment Development Dept.<br>Bankruptcy Group MIC 928<br>PO Box 826880<br>Sacramento, CA 94280-0001 | CA Franchise Tax Board<br>Special Procedures Bankruptcy Unit<br>PO Box 2952<br>Sacramento, CA 95812-2952 |
| Charles Steppe<br>2800 Ridge Road<br>Charlottesville, VA 22901-9484 | Chief Tax Collection Section<br>Employment Development Section<br>PO Box 826203<br>Sacramento, CA 94230 | David Write Tremaine LLP<br>Attn: Harvey S. Schochet<br>505 Montgomery Street<br>San Francisco, CA 94111-6529 |
| Dominion Power<br>PO Box 26532<br>Richmond, VA 23261-6532 | IRS<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Kaufman & Canoles PC<br>Paul W. Gerhardt, Esq.<br>4801 Courthouse St., Ste 300<br>Williamsburg, VA 23188-2678 |
| Adam A. Lewis<br>Morrison and Foerster LLP<br>425 Market Street<br>San Francisco, CA 94105-2482 | Meeks Disposal Corp.<br>1238 Cavalier Blvd.<br>Chesapeake, VA 23323-1502 | Natasha K. Loeblich<br>315 Drexel Drive<br>Grapevine, TX 76051-5102 |
| Newport News Waterworks<br>PO Box 979<br>Newport News, VA 23607-0979 | Vincent J. Novak<br>Morrison and Foerster LLP<br>425 Market St.<br>San Francisco, CA 94105-2482 | Phillips Energy, Inc.<br>PO Box 726<br>Gloucester Point, VA 23062-0726 |
| Private Client Group (Chartis)<br>PO Box 601148<br>Pasadena, CA 91189-1148 | Reed Smith LLP<br>Attn: James C. Brennan<br>3110 Fairview Park Drive, Suite 1400<br>Falls Church, VA 22042-4535 | Rob Mays<br>8797 Pocahontas Trail<br>Williamsburg, VA 23185-6025 |

| | | |
|---|---|---|
| Sotheby's Inc.<br>Attn: General Counsel<br>1334 York Avenue<br>New York, NY 10021-4806 | Tami Mays<br>8797 Pocahontas Trail<br>Williamsburg, VA 23185-6025 | The Colonial Williamsburg Foundation<br>134 N. Henry Street<br>PO Box 1776<br>Williamsburg, VA 23187-1776 |