**Entered on Docket**
**March 31, 2011**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



**Signed and Filed: March 30, 2011**

_____
**THOMAS E. CARLSON**
**U.S. Bankruptcy Judge**
_____

# UNITED STATES BANKRUPTCY COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>CARTER'S GROVE, LLC,<br><br><br><br>                    Debtor. | Case No. 11-30554 TEC<br><br>Chapter 11<br><br>Date: April 1, 2011<br>Time: 9:30 a.m.<br>Ctrm: Hon. Thomas E. Carlson<br>      235 Pine St., 23rd Fl.<br>      San Francisco, CA |

**TENTATIVE RULING RE THE COLONIAL WILLIAMSBURG FOUNDATION'S MOTION TO TRANSFER VENUE**

Whether venue should be transferred depends upon what activities will be important to the administration of the case. If Debtor objects to Movant's claim on the basis of alleged misrepresentation re the Property, or if Debtor seeks to challenge conservation easements against the Property, those matters should be heard in Virginia and venue should be transferred. If Debtor's principal merely seeks time to pay Debtor's obligations in full, administration can be handled effectively in the present venue. The court is inclined to set a prompt deadline for filing objections to claims, and to continue the matter to see what claim objections are filed.

**\*\*END OF TENTATIVE RULING\*\***