# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re:  Carter's Grove, LLC

**Case No.**     11-30554 (TEC)

**CHAPTER 11**
**MONTHLY OPERATING REPORT**

## SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:**   03/31/11              **PETITION DATE:**     02/14/11

1. Debtor in possession hereby submits this Monthly Operating Report on the Accrual Basis of accounting.

Dollars reported in    $1

| | | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|---|
| 2. | **Asset and Liability Structure** | | | |
| | a. Current Assets | $11,229 | $0 | |
| | b. Total Assets | $21,167,646 | $21,156,418 | $21,156,418 |
| | c. Current Liabilities | $11,531 | $0 | |
| | d. Total Liabilities | $12,502,007 | $12,490,476 | $12,490,476 |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 3. | **Statement of Cash Receipts & Disbursements for Month** | | | |
| | a. Total Receipts | $45,300 | | $45,300 |
| | b. Total Disbursements | $34,071 | | $34,071 |
| | c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $11,229 | $0 | $11,229 |
| | d. Cash Balance Beginning of Month | $0 | | $0 |
| | e. Cash Balance End of Month (c + d) | $11,229 | $0 | $11,229 |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 4. | **Profit/(Loss) from the Statement of Operations** | N/A | N/A | N/A |
| 5. | **Account Receivables (Pre and Post Petition)** | $0 | | |
| 6. | **Post-Petition Liabilities** | $11,531 | | |
| 7. | **Past Due Post-Petition Account Payables (over 30 days)** | $10,908 | | |

| | At the end of this reporting month: | Yes | No |
|---|---|---|---|
| 8. | Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee)* | X | |
| 9. | Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 10. | If the answer is yes to 8 or 9, were all such payments approved by the court?* | | X |
| 11. | Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | X |
| 12. | Is the estate insured for replacement cost of assets and for general liability? | X | |
| 13. | Are a plan and disclosure statement on file? | | X |
| 14. | Was there any post-petition borrowing during this reporting period? | | X |

15. Check if paid: Post-petition taxes     N/A   ;     U.S. Trustee Quarterly Fees   Not yet due.  ;  Check if filing is current for: Post-petition tax reporting and tax returns:   Not yet due .
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

\* See attached Exhibit A.

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date:     04/21/11

_____
Responsible Individual

<u>**Exhibit A**</u>

<u>**Carter's Grove, LLC, Case No. 11-30554 (TC) – March 2011 Monthly Operating Report**</u>

The prepetition wage claims of the following employees were paid during March 2011:

Charles Steppe - $7,945.36

Rob Mays - $2,858.24

Tami Mays - $4,188.32

The above payments were not made with property of the estate.  All payments were made with funds from the principal of the Debtor, Mr. Halsey M. Minor.

**BALANCE SHEET**
**For the Month Ended** 03/31/11

|  | Assets | Check if Exemption Claimed on Schedule C | Market Value |
|---|---|---|---|
|  | **Current Assets** |  |  |
| 1 | Cash and cash equivalents (including bank accts., CDs, ets.) | | $11,229 |
| 2 | Accounts receivable (net) | | $0 |
| 3 | Retainer(s) paid to professionals | | $0 |
| 4 | Other: | | $0 |
| 5 | | | |
| 6 | **Total Current Assets** | | $11,229 |
|  | **Long Term Assets (Market Value)** | | |
| 7 | Real Property (residential) | | $21,000,000 |
| 8 | Real property (rental or commercial) | | |
| 9 | Furniture, Fixtures, and Equipment | | $149,918 |
| 10 | Vehicles | | $6,500 |
| 11 | Partnership interests | | $0 |
| 12 | Interest in corportations | | $0 |
| 13 | Stocks and bonds | | $0 |
| 14 | Interests in IRA, Keogh, other retirement plans | | $0 |
| 15 | Other: | | $0 |
| 16 | | | |
| 17 | **Total Long Term Assets** | | $21,156,418 |
| 18 | **Total Assets** | | $21,167,646 |
|  | **Liabilities** | | |
|  | **Post-Petition Liabilities** | | |
|  | **Current Liabilities** | | |
| 19 | Post-petition not delinquent (under 30 days) | | $623 |
| 20 | Post-petition delinquent other than taxes (over 30 days) | | $10,908 |
| 21 | Post-petition delinquent taxes | | $0 |
| 22 | Accrued professional fees | | $0 |
| 23 | Other: | | $0 |
| 24 | | | |
| 25 | **Total Current Liabilities** | | $11,531 |
| 26 | **Long-Term Post Petition Debt** | | |
| 27 | **Total Post-Petition Liabilities** | | $11,531 |
|  | **Pre-Petition Liabilities (allowed amount)** | | |
| 28 | Secured claims (residence) | | $12,422,064 |
| 29 | Secured claims (other) | | |
| 30 | Priority unsecured claims | | $14,992 |
| 31 | General unsecured claims | | $53,420 |
| 32 | **Total Pre-Petition Liabilities** | | $12,490,476 |
| 33 | **Total Liabilities** | | $12,502,007 |
|  | **Equity (Deficit)** | | |
| 34 | **Total Equity (Deficit)** | | |
| 35 | **Total Liabilities and Equity (Deficit)** | | $12,502,007 |

NOTE:
The value of the real property is based off an appraisal dated 10/19/2009.  The appraisal uses both the "Cost Approach" and "Comparable Sales Approach."  The value of the equipment is based on the purchase price in 12/07 and subject to depreciation since the date of purchase.

Revised 3/15/99

# SCHEDULES TO THE BALANCE SHEET

### Schedule A
### Rental Income Information

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

| | | Property 1 | Property 2 | Property 3 |
|---|---|---|---|---|
| 1 | Description of Property | | | |
| 2 | Scheduled Gross Rents | | | |
| | Less: | | | |
| 3 | Vacancy Factor | | | |
| 4 | Free Rent Incentives | | | |
| 5 | Other Adjustments | | | |
| 6 | Total Deductions | $0 | $0 | $0 |
| 7 | Scheduled Net Rents | $0 | $0 | $0 |
| 8 | Less:  Rents Receivable (2) | | | |
| 9 | Scheduled Net Rents Collected (2) | $0 | $0 | $0 |

(2) To be completed by cash basis reporters only.

### Schedule B
### Recapitulation of Funds Held at End of Month

| | | Account 1 | Account 2 | Account 3 |
|---|---|---|---|---|
| 10 | Bank | | | |
| 11 | Account No. | | | |
| 12 | Account Purpose | | | |
| 13 | Balance, End of Month | | | |
| 14 | Total Funds on Hand for all Accounts | $0 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 3/15/99

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
### Increase/(Decrease) in Cash and Cash Equivalents
#### For the Month Ended ___03/31/11___

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| **Cash Receipts** | | | |
| 1 | Rent/Leases Collected | $0 | $0 |
| 2 | Cash Received from Sales | $0 | $0 |
| 3 | Interest Received | $0 | $0 |
| 4 | Borrowings | $0 | $0 |
| 5 | Funds from Shareholders, Partners, or Other Insiders | $0 | $0 |
| 6 | Capital Contributions | $45,300 | $45,300 |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | **Total Cash Receipts** | $45,300 | $45,300 |
| **Cash Disbursements** | | | |
| 13 | Selling | $0 | $0 |
| 14 | Administrative | $28,592 | $28,592 |
| 15 | Capital Expenditures | | |
| 16 | Principal Payments on Debt | $0 | $0 |
| 17 | Interest Paid | $0 | $0 |
| | Rent/Lease: | | |
| 18 | Personal Property | $0 | $0 |
| 19 | Real Property | $0 | $0 |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 | Salaries | $0 | $0 |
| 21 | Draws | $0 | $0 |
| 22 | Commissions/Royalties | $0 | $0 |
| 23 | Expense Reimbursements | $0 | $0 |
| 24 | Other | $0 | $0 |
| 25 | Salaries/Commissions (less employee withholding) | $4,125 | $4,125 |
| 26 | Management Fees | $0 | $0 |
| | Taxes: | | |
| 27 | Employee Withholding | $1,355 | $1,355 |
| 28 | Employer Payroll Taxes | $0 | $0 |
| 29 | Real Property Taxes | $0 | $0 |
| 30 | Other Taxes | $0 | $0 |
| 31 | Other Cash Outflows: | $0 | $0 |
| 32 | | | |
| 33 | | | |
| 34 | | | |
| 35 | | | |
| 36 | | | |
| 37 | **Total Cash Disbursements:** | $34,071 | $34,071 |
| 38 | **Net Increase (Decrease) in Cash** | $11,229 | $11,229 |
| 39 | **Cash Balance, Beginning of Period** | | |
| 40 | **Cash Balance, End of Period** | $11,229 | $11,229 |

33801-002\DOCS_SF:76340v2
Revised 3/15/99

# Expanded Business Checking



CARTER'S GROVE LLC
DEBTOR-IN-POSSESSION
GENERAL OPERATIONS ACCOUNT
3810 WASHINGTON ST
SAN FRANCISCO CA 94118-1650

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:*  wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

The Wells Fargo Business Insight Resource Center offers free access to business information and advice through videos, articles, podcasts and other resources. This site offers objective information from industry experts, best practices from real business owners, as well as numerous Wells Fargo solutions that can help you run your business. Visit the site at wellsfargobusinessinsights.com.

## Account options

*A check mark in the box indicates you have these convenient services with your account.  Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

Business Online Banking ☐
Rewards for Business Check Card ☐
Online Statements ☐
Business Bill Pay ☐
Business Spending Report ☐
Overdraft Protection ☐

# ✔ IMPORTANT ACCOUNT INFORMATION

Please see an important message on the last page of your statement that describes how Wells Fargo posts transactions to your account.

Important Wells Fargo ExpressSend Service Information

We would like to inform you about several recent changes to your Wells Fargo ExpressSend agreement(s) Terms and Conditions Section 10:

Effective immediately
 - The maximum aggregate daily transfer limit for account and cash-based service agreements to all remittance network members in Mexico, El Salvador, Guatemala, Honduras, and Argentina is now $1,500 US dollars per day. The daily transfer limit for FAMSA in Mexico will continue at the Mexican peso equivalent for $1,000 US dollars per day.
 - The maximum combined total daily amount that can be sent from all account and cash-based service agreements to all countries is now $5,000 US dollars per day.

Case: 11-30554    Doc# 47    Filed: 04/22/11    Entered: 04/22/11 09:59:47    Page 6 of 20



---

 - The maximum combined total amount that can be sent during any rolling 30-day period from all account and cash-based service agreements is now $12,500 US dollars.

If you have any questions please call 1-800-556-0605. Thank you for using the ExpressSend service when sending money home.

---

Do you need to order business checks?
Here are 3 easy ways to order:
1) Login to wellsfargo.com/biz/checks
2) Call Harland Clarke at 1-800-237-8982 (Monday-Friday 5am-9pm PST, Saturday 5am-4pm PST)
3) Contact your banker

## Activity summary

| | |
|---|---:|
| Beginning balance on 3/9 | $0.00 |
| Deposits/Credits | 35,100.00 |
| Withdrawals/Debits | - 28,527.15 |
| **Ending balance on 3/31** | **$6,572.85** |
| Average ledger balance this period | $1,013.91 |

Account number ███3482

**CARTER'S GROVE LLC**
**DEBTOR-IN-POSSESSION**
**GENERAL OPERATIONS ACCOUNT**

*California account terms and conditions apply*

For Direct Deposit and Automatic Payments use
Routing Number (RTN): 121042882

For Wire Transfers use
Routing Number (RTN): 121000248

### Overdraft Protection
This account is not currently covered by Overdraft Protection.  If you
would like more information regarding Overdraft Protection and
eligibility requirements please call the number listed at the top of
your statement or visit your Wells Fargo branch.

---

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---:|---:|---:|
| 3/11 | | Deposit | 100.00 | | 100.00 |
| 3/22 | | Harland Clarke Check/Acc. 032111 00006190075402 Carter's Grove LLC | | 26.97 | 73.03 |
| 3/30 | | WT Fed#03998 Suntrust Bank /Org=Halsey Minor OR Srf# 2011033000012411 Trn#110330058845 Rfb# | 15,000.00 | | |
| 3/30 | | Wire Trans Svc Charge - Sequence: 110330058845 Srf# 2011033000012411 Trn#110330058845 Rfb# | | 10.00 | 15,063.03 |
| 3/31 | | WT Fed#02870 Jpmorgan Chase Ban /Org=William J Childress, Jr, Trustee Srf# 0518200090Es Trn#110331023493 Rfb# Poh of 11/03/31 | 20,000.00 | | |
| 3/31 | | Wire Trans Svc Charge - Sequence: 110331023493 Srf# 0518200090Es Trn#110331023493 Rfb# Poh of 11/03/31 | | 10.00 | |
| 3/31 | 1031 | Check | | 28,480.18 | 6,572.85 |
| **Ending balance on 3/31** | | | | | **6,572.85** |
| **Totals** | | | **$35,100.00** | **$28,527.15** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*



---

**Summary of checks written**   *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount |
|--------|------|--------|
| 1031 | 3/31 | 28,480.18 |

---

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 100 | 5,000 | 0 | 0.002 | 0.00 |
| Paid and Deposited Items | 1 | 300 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

---

Enjoy Convenient Banking!

 - One username and password for your Wells Fargo accounts
 - Account Alerts for Wells Fargo checking, savings or CDs, ATM/debit card, credit card, mortgage, and brokerage accounts
 - Customized Mobile Banking apps for smartphones including BlackBerry, iPhone, Palm, and Android-operated mobile devices*. Go to wf.com to download your app.

Every Online Banking customer automatically has free access to Mobile Banking**. Go directly to wf.com on your mobile device and sign on with your Online Banking username and password. Then take advantage of our optimized mobile website to transfer funds, pay bills and more.

Text Banking is available to all Wells Fargo customers - just sign up at wf.com/text. After you sign up, send a simple text request to 93557 (WELLS) to get your account information, including BAL for current account balances***, ACT for account activity and COM for a list of all text commands.

*iPhone is a trademark of Apple Inc., registered in the U.S. and other countries. The trademark BlackBerry is owned by Research In Motion Limited and is registered in the United States. Android is a trademark of Google, Inc., and its related companies. Motorola is registered in the US Patent & Trademark Office. Palm is a trademark of Palm, Inc.
**Text and Mobile Banking is free from Wells Fargo, but your mobile carrier's text messaging and web access charges may apply.
***This balance may not reflect all of your transactions, such as checks you have written or debit card transactions that have been approved but not yet submitted for payment by the merchant.

# ☑ IMPORTANT ACCOUNT INFORMATION

---

AMENDMENT TO FUNDS AVAILABILITY POLICY
Starting on or about May 9, 2011, and ending on June 22, 2011 (subject to the location of the deposit transaction):

We will increase the amount of funds made available to you if a hold is placed against your deposit. If a hold is placed, the first $200 of the deposit will be available to you on the first Business Day (second Business Day for certain Alaska deposits) after the day of your deposit. We will notify you if a hold is placed against your deposit and when the full amount of your deposit will become available.



Sheet Seq = 0072805
Sheet 00002 of  00003



---

## General statement policies for Wells Fargo Bank

n **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
   shown on your statement . . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

**B.** Any deposits listed in your                    $ _____
   register or transfers into                        $ _____
   your account which are not                        $ _____
   shown on your statement.                        + $ _____

   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**
   (Add Parts A and B)

   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**

**C.** The total outstanding checks and
   withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
   (Part A + Part B - Part C)
   This amount should be the same
   as the current balance shown in
   your check register . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| | Total amount $ | |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC.



Effective May 16, 2011, we are changing how we pay the most common types of transactions. This changes the previously communicated order that went into effect November 29, 2010. The most common types of transactions will be paid in the following order:

 - ATM, debit card, Wells Fargo Online Bill Pay, account transfers, teller cashed checks and teller cash withdrawals - transactions will be sorted by the date the transaction was conducted. For a debit card transaction, if a merchant does not seek pre-authorization from the bank at the time of the transaction, we will use the date the transaction is received for payment from your account. For a Wells Fargo Online Bill Pay transaction, we will use the date that is the next business day following the "Send On" date. If there are multiple transactions on a date, those transactions will be sorted by time (where that information is available to our posting systems); the remaining transactions on that date will be sorted and paid from lowest to highest dollar amount.

 - Checks and automatic payments (also known as ACH) - If there are multiple transactions, the transactions will be sorted and paid from highest to lowest dollar amount.

Sheet Seq = 0072806
Sheet 00003 of  00003

# Expanded Business Checking



CARTER'S GROVE LLC
DEBTOR-IN-POSSESSION
PAYROLL ACCOUNT
3810 WASHINGTON ST
SAN FRANCISCO CA 94118-1650

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

The Wells Fargo Business Insight Resource Center offers free access to business information and advice through videos, articles, podcasts and other resources. This site offers objective information from industry experts, best practices from real business owners, as well as numerous Wells Fargo solutions that can help you run your business. Visit the site at wellsfargobusinessinsights.com.

## Account options

*A check mark in the box indicates you have these convenient services with your account. Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Rewards for Business Check Card | ☐ |
| Online Statements | ☐ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

 IMPORTANT ACCOUNT INFORMATION

Please see an important message on the last page of your statement that describes how Wells Fargo posts transactions to your account.

Important Wells Fargo ExpressSend Service Information

We would like to inform you about several recent changes to your Wells Fargo ExpressSend agreement(s) Terms and Conditions Section 10:

Effective immediately
 - The maximum aggregate daily transfer limit for account and cash-based service agreements to all remittance network members in Mexico, El Salvador, Guatemala, Honduras, and Argentina is now $1,500 US dollars per day. The daily transfer limit for FAMSA in Mexico will continue at the Mexican peso equivalent for $1,000 US dollars per day.
 - The maximum combined total daily amount that can be sent from all account and cash-based service agreements to all countries is now $5,000 US dollars per day.

Case: 11-30554   Doc# 47   Filed: 04/22/11   Entered: 04/22/11 09:59:47   Page 11 of 20



 - The maximum combined total amount that can be sent during any rolling 30-day period from all account and cash-based service agreements is now $12,500 US dollars.

If you have any questions please call 1-800-556-0605. Thank you for using the ExpressSend service when sending money home.

Do you need to order business checks?
Here are 3 easy ways to order:
1) Login to wellsfargo.com/biz/checks
2) Call Harland Clarke at 1-800-237-8982 (Monday-Friday 5am-9pm PST, Saturday 5am-4pm PST)
3) Contact your banker

## Activity summary

| | |
|---|---|
| Beginning balance on 3/9 | $0.00 |
| Deposits/Credits | 10,100.00 |
| Withdrawals/Debits | - 5,517.30 |
| **Ending balance on 3/31** | **$4,582.70** |
| Average ledger balance this period | $709.82 |

Account number: ██████3474

**CARTER'S GROVE LLC**
**DEBTOR-IN-POSSESSION**
**PAYROLL ACCOUNT**

*California account terms and conditions apply*

For Direct Deposit and Automatic Payments use
Routing Number (RTN): 121042882

For Wire Transfers use
Routing Number (RTN): 121000248

### Overdraft Protection
This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed at the top of your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 3/11 | | Deposit | 100.00 | | 100.00 |
| 3/22 | | Harland Clarke Check/Acc. 032111 00006190075402 Carter's Grove LLC | | 27.42 | 72.58 |
| 3/30 | | WT Fed#03984 Suntrust Bank /Org=Halsey Minor OR Srf# 2011033000012380 Trn#110330058570 Rfb# | 10,000.00 | | |
| 3/30 | | Wire Trans Svc Charge - Sequence: 110330058570 Srf# 2011033000012380 Trn#110330058570 Rfb# | | 10.00 | 10,062.58 |
| 3/31 | | Paychex Payroll 3951160002308x Carters Grove LLC | | 4,124.83 | |
| 3/31 | | Paychex Tps Taxes 033011 39513900002862x Carters Grove LLC | | 1,355.05 | 4,582.70 |
| **Ending balance on 3/31** | | | | | **4,582.70** |
| **Totals** | | | **$10,100.00** | **$5,517.30** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*



---

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 100 | 5,000 | 0 | 0.002 | 0.00 |
| Paid and Deposited Items | 2 | 300 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

---

Enjoy Convenient Banking!

 - One username and password for your Wells Fargo accounts
 - Account Alerts for Wells Fargo checking, savings or CDs, ATM/debit card, credit card, mortgage, and brokerage accounts
 - Customized Mobile Banking apps for smartphones including BlackBerry, iPhone, Palm, and Android-operated mobile devices*. Go to wf.com to download your app.

Every Online Banking customer automatically has free access to Mobile Banking**. Go directly to wf.com on your mobile device and sign on with your Online Banking username and password. Then take advantage of our optimized mobile website to transfer funds, pay bills and more.

Text Banking is available to all Wells Fargo customers - just sign up at wf.com/text. After you sign up, send a simple text request to 93557 (WELLS) to get your account information, including BAL for current account balances***, ACT for account activity and COM for a list of all text commands.

*iPhone is a trademark of Apple Inc., registered in the U.S. and other countries. The trademark BlackBerry is owned by Research In Motion Limited and is registered in the United States. Android is a trademark of Google, Inc., and its related companies. Motorola is registered in the US Patent & Trademark Office. Palm is a trademark of Palm, Inc.
**Text and Mobile Banking is free from Wells Fargo, but your mobile carrier's text messaging and web access charges may apply.
***This balance may not reflect all of your transactions, such as checks you have written or debit card transactions that have been approved but not yet submitted for payment by the merchant.

# ✓ IMPORTANT ACCOUNT INFORMATION

---

AMENDMENT TO FUNDS AVAILABILITY POLICY
Starting on or about May 9, 2011, and ending on June 22, 2011 (subject to the location of the deposit transaction):

We will increase the amount of funds made available to you if a hold is placed against your deposit. If a hold is placed, the first $200 of the deposit will be available to you on the first Business Day (second Business Day for certain Alaska deposits) after the day of your deposit. We will notify you if a hold is placed against your deposit and when the full amount of your deposit will become available.



Case: 11-30554   Doc# 47   Filed: 04/22/11   Entered: 04/22/11 09:59:47   Page 13 of 20



---

## General statement policies for Wells Fargo Bank

n  **Notice:**  Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies.  If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at:  Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation.  In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

**B.** Any deposits listed in your            $ _____
register or transfers into                 $ _____
your account which are not                 $ _____
shown on your statement.                 + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . .  - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | **Total amount  $** |  |

©2010 Wells Fargo Bank, N.A. All rights reserved.  Member FDIC.



Effective May 16, 2011, we are changing how we pay the most common types of transactions. This changes the previously communicated order that went into effect November 29, 2010. The most common types of transactions will be paid in the following order:

 - ATM, debit card, Wells Fargo Online Bill Pay, account transfers, teller cashed checks and teller cash withdrawals - transactions will be sorted by the date the transaction was conducted. For a debit card transaction, if a merchant does not seek pre-authorization from the bank at the time of the transaction, we will use the date the transaction is received for payment from your account. For a Wells Fargo Online Bill Pay transaction, we will use the date that is the next business day following the "Send On" date. If there are multiple transactions on a date, those transactions will be sorted by time (where that information is available to our posting systems); the remaining transactions on that date will be sorted and paid from lowest to highest dollar amount.

 - Checks and automatic payments (also known as ACH) - If there are multiple transactions, the transactions will be sorted and paid from highest to lowest dollar amount.

# Expanded Business Checking



CARTER'S GROVE LLC
DEBTOR-IN-POSSESSION
TAX ACCOUNT
3810 WASHINGTON ST
SAN FRANCISCO CA 94118-1650

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:*  wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

The Wells Fargo Business Insight Resource Center offers free access to business information and advice through videos, articles, podcasts and other resources. This site offers objective information from industry experts, best practices from real business owners, as well as numerous Wells Fargo solutions that can help you run your business. Visit the site at wellsfargobusinessinsights.com.

## Account options

*A check mark in the box indicates you have these convenient services with your account.  Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

Business Online Banking ☐
Rewards for Business Check Card ☐
Online Statements ☐
Business Bill Pay ☐
Business Spending Report ☐
Overdraft Protection ☐

# ☑ IMPORTANT ACCOUNT INFORMATION

―――――――

Please see an important message on the last page of your statement that describes how Wells Fargo posts transactions to your account.

―――――――

Important Wells Fargo ExpressSend Service Information

We would like to inform you about several recent changes to your Wells Fargo ExpressSend agreement(s) Terms and Conditions Section 10:

Effective immediately
 - The maximum aggregate daily transfer limit for account and cash-based service agreements to all remittance network members in Mexico, El Salvador, Guatemala, Honduras, and Argentina is now $1,500 US dollars per day. The daily transfer limit for FAMSA in Mexico will continue at the Mexican peso equivalent for $1,000 US dollars per day.
 - The maximum combined total daily amount that can be sent from all account and cash-based service agreements to all countries is now $5,000 US dollars per day.

Case: 11-30554   Doc# 47   Filed: 04/22/11   Entered: 04/22/11 09:59:47   Page 16 of 20



- The maximum combined total amount that can be sent during any rolling 30-day period from all account and cash-based service agreements is now $12,500 US dollars.

If you have any questions please call 1-800-556-0605. Thank you for using the ExpressSend service when sending money home.

Do you need to order business checks?
Here are 3 easy ways to order:
1) Login to wellsfargo.com/biz/checks
2) Call Harland Clarke at 1-800-237-8982 (Monday-Friday 5am-9pm PST, Saturday 5am-4pm PST)
3) Contact your banker

## Activity summary

| | |
|---|---|
| Beginning balance on 3/9 | $0.00 |
| Deposits/Credits | 100.00 |
| Withdrawals/Debits | - 26.97 |
| **Ending balance on 3/31** | **$73.03** |
| Average ledger balance this period | $79.57 |

Account number: ███5576

**CARTER'S GROVE LLC**
**DEBTOR-IN-POSSESSION**
**TAX ACCOUNT**

*California account terms and conditions apply*

For Direct Deposit and Automatic Payments use
Routing Number (RTN): 121042882

For Wire Transfers use
Routing Number (RTN): 121000248

### Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed at the top of your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 3/11 | | Deposit | 100.00 | | 100.00 |
| 3/22 | | Harland Clarke Check/Acc. 032111 00006190075402 Carter's Grove LLC | | 26.97 | 73.03 |
| **Ending balance on 3/31** | | | | | **73.03** |
| **Totals** | | | **$100.00** | **$26.97** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 100 | 5,000 | 0 | 0.002 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

Enjoy Convenient Banking!



- One username and password for your Wells Fargo accounts
- Account Alerts for Wells Fargo checking, savings or CDs, ATM/debit card, credit card, mortgage, and brokerage accounts
- Customized Mobile Banking apps for smartphones including BlackBerry, iPhone, Palm, and Android-operated mobile devices*. Go to wf.com to download your app.

Every Online Banking customer automatically has free access to Mobile Banking**. Go directly to wf.com on your mobile device and sign on with your Online Banking username and password. Then take advantage of our optimized mobile website to transfer funds, pay bills and more.

Text Banking is available to all Wells Fargo customers - just sign up at wf.com/text. After you sign up, send a simple text request to 93557 (WELLS) to get your account information, including BAL for current account balances***, ACT for account activity and COM for a list of all text commands.

*iPhone is a trademark of Apple Inc., registered in the U.S. and other countries. The trademark BlackBerry is owned by Research In Motion Limited and is registered in the United States. Android is a trademark of Google, Inc., and its related companies. Motorola is registered in the US Patent & Trademark Office. Palm is a trademark of Palm, Inc.
**Text and Mobile Banking is free from Wells Fargo, but your mobile carrier's text messaging and web access charges may apply.
***This balance may not reflect all of your transactions, such as checks you have written or debit card transactions that have been approved but not yet submitted for payment by the merchant.

# ✓ IMPORTANT ACCOUNT INFORMATION

AMENDMENT TO FUNDS AVAILABILITY POLICY
Starting on or about May 9, 2011, and ending on June 22, 2011 (subject to the location of the deposit transaction):

We will increase the amount of funds made available to you if a hold is placed against your deposit. If a hold is placed, the first $200 of the deposit will be available to you on the first Business Day (second Business Day for certain Alaska deposits) after the day of your deposit. We will notify you if a hold is placed against your deposit and when the full amount of your deposit will become available.

Sheet Seq = 0151818
Sheet 00002 of  00003



---

## General statement policies for Wells Fargo Bank

n  **Notice:**  Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies.  If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at:  Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation.  In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

### Account Balance Calculation Worksheet

1.  Use the following worksheet to calculate your overall account balance.

2.  Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3.  Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.**  The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . .  $ _____

**ADD**

**B.**  Any deposits listed in your
register or transfers into
your account which are not
shown on your statement.

$ _____
$ _____
$ _____
+ $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**

**C.**  The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . .  - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | **Total amount  $** |  |

©2010 Wells Fargo Bank, N.A. All rights reserved.  Member FDIC.



Effective May 16, 2011, we are changing how we pay the most common types of transactions. This changes the previously communicated order that went into effect November 29, 2010. The most common types of transactions will be paid in the following order:

- ATM, debit card, Wells Fargo Online Bill Pay, account transfers, teller cashed checks and teller cash withdrawals - transactions will be sorted by the date the transaction was conducted. For a debit card transaction, if a merchant does not seek pre-authorization from the bank at the time of the transaction, we will use the date the transaction is received for payment from your account. For a Wells Fargo Online Bill Pay transaction, we will use the date that is the next business day following the "Send On" date. If there are multiple transactions on a date, those transactions will be sorted by time (where that information is available to our posting systems); the remaining transactions on that date will be sorted and paid from lowest to highest dollar amount.

- Checks and automatic payments (also known as ACH) - If there are multiple transactions, the transactions will be sorted and paid from highest to lowest dollar amount.

Sheet Seq = 0151819
Sheet 00003 of 00003