Entered on Docket
May 17, 2011
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Richard M. Pachulski (CA Bar No. 90073)
Debra I. Grassgreen (CA Bar No. 169978)
John W. Lucas (CA Bar No. 271038)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010
E-mail: rpachulski@pszjlaw.com
dgrassgreen@pszjlaw.com
jlucas@pszjlaw.com

Signed and Filed: May 16, 2011

_____
**THOMAS E. CARLSON**
**U.S. Bankruptcy Judge**

Attorneys for Carter's Grove, LLC
Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

In re:

**CARTER'S GROVE, LLC,**

Debtor.

Case No.: 11-30554 (TEC)

Chapter 11

**ORDER APPROVING AMENDED CASE MANAGEMENT STIPULATION**

Based upon the Court's review of the Amended Case Management Stipulation between Carter's Grove, LLC (the "Debtor") and The Colonial Williamsburg Foundation ("CWF") filed on May 6, 2011 [Docket No. 48], and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Amended Case Management Stipulation is APPROVED in its entirety, including all deadlines and hearing dates set forth therein.

2. The Court shall retain jurisdiction with respect to any disputes specifically arising from or relating to the Amended Case Management Stipulation.

**\*\*END OF ORDER\*\***