

1  Richard M. Pachulski (CA Bar No. 90073)
Debra I. Grassgreen (CA Bar No. 169978)

2  Gail S. Greenwood (CA Bar No. 169939)
John W. Lucas (CA Bar No. 271038)

3  PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor

4  San Francisco, California 94111-4500
Telephone: 415/263-7000

5  Facsimile: 415/263-7010
E-mail:  rpachulski@pszjlaw.com

6           dgrassgreen@pszjlaw.com
           ggreenwood@pszjlaw.com

7           jlucas@pszjlaw.com

8  Attorneys for Carter's Grove, LLC
Debtor and Debtor in Possession

**Signed and Filed: May 23, 2011**

_____
**THOMAS E. CARLSON**
**U.S. Bankruptcy Judge**
_____

9

10                    **UNITED STATES BANKRUPTCY COURT**

11                    **NORTHERN DISTRICT OF CALIFORNIA**

12                    **SAN FRANCISCO DIVISION**

13  In re:                                    Case No.:  11-30554 (TEC)

14        **CARTER'S GROVE, LLC,**            Chapter 11

15             Debtor.                         **ORDER APPROVING SECOND**
                                               **AMENDED CASE MANAGEMENT**
16                                             **STIPULATION**

17

18         Based upon the Court's review of the Second Amended Case Management Stipulation

19  between Carter's Grove, LLC (the "Debtor") and The Colonial Williamsburg Foundation ("CWF")

20  filed on May 16, 2011 [Docket No. 49], and good cause appearing therefore,

21         **IT IS HEREBY ORDERED THAT:**

22         1.    The Second Amended Case Management Stipulation is APPROVED in its entirety,

23  including all deadlines and hearing dates set forth therein.

24         2.    The Court shall retain jurisdiction with respect to any disputes specifically arising

25  from or relating to the Second Amended Case Management Stipulation.

26

27                         **\*\*END OF ORDER\*\***

28

Case: 11-30554   Doc# 54   Filed: 05/23/11   Entered: 05/25/11 08:14:53   Page 1 of 1
59801-002\DOCS_SF:76847.1

ORDER APPROVING SECOND AMENDED CASE
MANAGEMENT STIPULATION