Richard M. Pachulski (CA Bar No. 90073)
Debra I. Grassgreen (CA Bar No. 169978)
John W. Lucas (CA Bar No. 271038)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010
E-mail: rpachulski@pszjlaw.com
dgrassgreen@pszjlaw.com
jlucas@pszjlaw.com

Attorneys for Carter's Grove, LLC
Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>**CARTER'S GROVE, LLC,**<br><br>Debtor. | Case No.: 11-30554 (TEC)<br><br>Chapter 11<br><br>**THIRD AMENDED CASE MANAGEMENT STIPULATION** |

This Stipulation (the "Stipulation") is entered into by and between Carter's Grove, LLC, debtor and debtor-in-possession in the above-captioned case (the "Debtor"), and The Colonial Williamsburg Foundation ("CWF"), by and through their respective counsel. The Debtor and CWF are each referred to herein as a "Party" and together as the "Parties."

**RECITALS**

A. On February 14, 2011 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). The Debtor continues to manage its affairs as a debtor-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee, examiner, or committee has been appointed in this chapter 11 case.

B. On February 15, 2011, the Court entered an order [Docket No. 11] (the "Status Conference Order") scheduling a status conference (the "Status Conference") at 9:30 a.m. (Pacific) on April 4, 2011 regarding the administration of the Debtor's case. Subsequently on March 28,

1

CASE MANAGEMENT STIPULATION

2011, the Court entered an order [Docket No. 37] rescheduling the Status Conference at 9:30 a.m. (Pacific) on April 1, 2011 so that it would coincide with the hearing on the Venue Motion (as defined below).

C. On March 3, 2011, CWF filed the *Motion to Transfer Venue* [Docket No. 21] (the "Venue Motion") seeking an order transferring the venue of the Debtor's case to the United States Bankruptcy Court for the Eastern District of Virginia.

D. On March 23, 2011, the Debtor filed the *Objection to Motion of Colonial Williamsburg Foundation to Transfer Venue to the Eastern District of Virginia* [Docket No. 33] (the "Debtor's Objection").

E. On March 23, 2011, Sotheby's Inc. filed an objection to the Venue Motion opposing the transfer of venue of the Debtor's case to the United States Bankruptcy Court for the Eastern District of Virginia [Docket No. 32]. On March 28, 2011, AVN, LLC filed a joinder to the Debtor's Objection [Docket No. 36].

F. In accordance with the Status Conference Order, March 28, 2011, the Debtor filed its Status Conference Statement describing the events that precipitated the filing of the Debtor's case and the Debtor's compliance with its various duties as a debtor-in-possession under the Bankruptcy Code and the Guidelines of the Office of the United States Trustee.

G. On March 29, 2011, CWF filed its reply to the Debtor's Objection [Docket No. 38].

H. On March 30, 2011, the Court entered a tentative ruling [Docket No. 42] (the "Tentative Ruling") regarding the Venue Motion in which the Court reserved its decision on the Venue Motion for the reasons set forth therein.

I. The Parties conferred regarding the Venue Motion, the claims of CWF (the "CWF Claims") against the Debtor, the Debtor's defenses thereto, and agreed upon the terms and conditions regarding informal discovery, including the examination of witnesses and production of documents pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure (the "Rule 2004 Information"), the adjournment of the hearing on the Venue Motion and the Status Conference, and the deadline to file objections (the "Claim Objections") to the CWF Claims. The Rule 2004 Information has been provided and the Debtor has taken four examinations.

2

AMENDED CASE MANAGEMENT STIPULATION

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

J. On April 1, 2011, the Court held the initial hearing on the Venue Motion and the Status Conference during which time counsel to the Parties informed the Court of the agreement regarding the terms and conditions of the request for the Rule 2004 Information and Claim Objections as set forth herein. The Court entered an order on the Parties' stipulation, including but not limited to scheduled dates for production of the Rule 2004 Information, the hearing on the Venue Motion, and the Status Conference.

K. The Parties have since agreed to roll the dates forward by two weeks based on CWF's production of responsive documents on a rolling basis, completed as of May 10, 2011. Accordingly, the parties submitted a Second Amended Case Management Stipulation ("Second Scheduling Stipulation") and the Court entered an order approving the Second Scheduling Stipulation. The Parties have no agreed to further modify certain dates in the Second Scheduling Stipulation as set forth in detail in this Third Amended Case Management Stipulation.

## STIPULATION

1. The Debtor shall file the Claim Objection or any other claim it has against CWF on or before June 24, 2011. If the Claim Objection or other claims are not filed against CWF on or before June 24, 2011 by the Debtor, the Halsey Minor Revocable Trust 1104, Halsey M. Minor, individually, and their affiliates and assigns, such parties shall be forever barred from filing any objection to the CWF Claim or any other claims against CWF that are based on facts that existed or occurrences that happened prior to June 24, 2011. Not later than June 10, 2011, the Debtor shall deliver to CWF a draft of the Claim Objection to the Debtor; provided, however, that this draft need not include any Claim Objection or other claims against CWF related to alleged environmental conditions on the property, pending completion of environmental tests the Debtor is performing at the property. The Debtor shall deliver a written confidential settlement offer to CWF not later than June 17, 2011.

2. The hearing on the Venue Motion, the Debtor's Objection, and the various pleadings filed in response thereto shall still proceed as scheduled pursuant to the Second Scheduling Stipulation on July 7, 2011 at 11:00 a.m. (Pacific).

3. The Status Conference shall also proceed as scheduled on July 7, 2011 at 11:00 a.m. (Pacific). The Debtor must file its plan of reorganization and disclosure statement on or before June 14, 2011; provided, however, for the avoidance of doubt, the Debtor reserves its right to amend the plan and disclosure statement after filing the Claim Objection to incorporate the issues raised therein and any other issues as the Debtor may deem appropriate.

4. None of the deadlines set forth above shall be extended absent agreement of the Parties and the hearing on July 7, 2011 shall not be postponed absent agreement of the Parties. Each Party waives the right to seek such an extension or continuance absent agreement of the Parties.

5. The person who executes and delivers this Stipulation on behalf of each respective Party represents and warrants that he or she has been duly authorized and empowered to execute and deliver this Stipulation on behalf of such Party.

6. This Stipulation contains the entire agreement among the Parties relating to the subject matter hereof can only be amended or otherwise modified by a signed writing executed by the Parties.

7. This Stipulation may be executed in counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument, and it shall constitute sufficient proof of this Stipulation to present any copy, copies, or facsimiles signed by the Parties hereto to be charged.

8.     The Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation and enforcement of this Stipulation.

Dated: June 10, 2011

PACHULSKI STANG ZIEHL & JONES LLP

By  */s/ John W. Lucas*
Richard M. Pachulski
Debra I. Grassgreen
John W. Lucas

150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010
E-mail:  rpachulski@pszjlaw.com
    dgrassgreen@pszjlaw.com
    jlucas@pszjlaw.com

Attorneys for Carter's Grove, LLC
Debtor and Debtor in Possession

Dated: June 10, 2011

STUTMAN, TREISTER & GLATT P.C.

By  */s/ Jeffrey C. Krause*
Jeffrey C. Krause
H. Alexander Fisch
Gabriel I. Glazer

1901 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone: 310/228-5600
Facsimile: 310/228-5788
E-mail:  jkrause@stutman.com
    afisch@stutman.com
    gglazer@stutman.com

Attorneys for
The Colonial Williamsburg Foundation