Richard M. Pachulski (CA Bar No. 90073)
Debra I. Grassgreen (CA Bar No. 169978)
John W. Lucas (NY Bar No. 4288379)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010
Email: rpachulski@pszjlaw.com
  dgrassgreen@pszjlaw.com
  jlucas@pszjlaw.com

Attorneys for Carter's Grove, LLC
Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>**CARTER'S GROVE, LLC,**<br><br>              Debtor | Case No.: 11-30554 TC<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE**<br><br>**Hearing Date:**<br><br>Date: August 1, 2011<br>Time: 9:30 A.M.<br>Place: U.S. Bankruptcy Court<br>       235 Pine Street, 19th Floor<br>       San Francisco, California<br>Judge: Honorable Thomas E. Carlson |

## PROOF OF SERVICE

STATE OF CALIFORNIA        )
                           )
CITY OF SAN FRANCISCO      )

I, Oliver Carpio, am employed in the city and county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is 150 California Street, 15th Floor, San Francisco, California 94111-4500.

On June 16, 2011, I caused to be served the:

- MOTION TO FILE UNDER SEAL CONFIDENTIAL LIST OF MATERIAL ASSETS AND OBLIGATIONS OF HALSEY M. MINOR AS A PROPOSED EXHIBIT TO DEBTOR'S PROPOSED DISCLOSURE STATEMENT IN SUPPORT OF PLAN OF REORGANIZATION
- MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO FILE UNDER SEAL CONFIDENTIAL LIST OF MATERIAL ASSETS AND OBLIGATIONS OF HALSEY M. MINOR AS A PROPOSED EXHIBIT TO DEBTOR'S PROPOSED DISCLOSURE STATEMENT IN SUPPORT OF PLAN OF REORGANIZATION
- DECLARATION OF HALSEY M. MINOR IN SUPPORT OF MOTION TO FILE UNDER SEAL CONFIDENTIAL LIST OF MATERIAL ASSETS AND OBLIGATIONS OF HALSEY M. MINOR AS A PROPOSED EXHIBIT TO DEBTOR'S PROPOSED DISCLOSURE STATEMENT IN SUPPORT OF PLAN OF REORGANIZATION
- NOTICE OF MOTION TO FILE UNDER SEAL CONFIDENTIAL LIST OF MATERIAL ASSETS AND OBLIGATIONS OF HALSEY M. MINOR AS A PROPOSED EXHIBIT TO DEBTOR'S PROPOSED DISCLOSURE STATEMENT IN SUPPORT OF PLAN OF REORGANIZATION

*To: Please see attached Service List*

☑ (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☑ (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address.

I declare that I am employed in the office of a member of the bar of this Court at whose direction was made.

Executed on June 16, 2011, at San Francisco, California.

*/s/ Oliver Carpio*
Oliver Carpio

| Debtor<br>Carter's Grove, LLC<br>c/o Halsey Minor<br>3810 Washington Street<br>San Francisco, CA 94118 | Office of the U.S. Trustee<br>235 Pine Street, Suite 700<br>San Francisco, CA 94104 | |
|---|---|---|
| **TOP 20 CREDITORS** | | |
| Dominion Power<br>P.O. Box 26532<br>Richmond, VA 23261-6532 | Private Client Group (Chartis)<br>P.O. Box 601148<br>Pasadena, CA 91189-1148 | Anthem Blue Cross and Blue Shield<br>P.O. Box 580494<br>Charlotte, NC 28258-0494 |
| Tiger Fuel Company<br>P.O. Box 1607<br>Charlottesville, VA 22902 | Natasha K. Loeblich<br>315 Drexel Drive<br>Grapevine, TX 76051 | Phillips Energy, Inc.<br>P.O. Box 726<br>Gloucester Point, VA 23062 |
| Newport News Waterworks<br>P.O. Box 979<br>Newport News, VA 23607-0979 | Allied Waste<br>P.O. Box 9001099<br>Louisville, KY 40290-1099 | Meeks Disposal Corp.<br>1328 Cavalier Blvd.<br>Chesapeake, VA 23323 |
| Bay Disposal & Recycling<br>465 E. Indian River Road<br>Norfolk, VA  23523 | | |
| **INTERESTED PARTIES** | | |
| Charles Steppe<br>2800 Ridge Road<br>Charlottesville, VA 22901-9484 | Sotheby's, Inc.<br>Attn: General Counsel<br>1334 York Avenue<br>New York, NY 10021-4806 | Reed Smith LLP<br>Attn: James C. Brennan<br>3110 Fairview Park Dr., Suite 1400,<br>Falls Church, VA 22042-4535 |
| Rob & Tami Mays<br>8797 Pocahontas Trail<br>Williamsburg, VA 23185-6025 | Vandeventer Black LLP<br>Attn: David W. Lannetti<br>101 W. Main Street<br>500 World Trade Center<br>Norfolk, VA 23510-1779 | |
| **REQUEST FOR SPECIAL NOTICE** | | |
| **Attorneys for Sotheby's, Inc..**<br>Adam A. Lewis, Esq.<br>Vincent J. Novak, Esq.<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, CA 94105-2482<br>alewis@mofo.com<br>vnovak@mofo.com | **Attorneys for AVN Air, LLC**<br>Harvey S. Schochet, Esq.<br>Davis Wright Tremaine LLP<br>505 Montgomery Street, Suite 800<br>San Francisco, CA 94111<br>harveyschochet@dwt.com | **Attorneys for The Colonial Williamsburg Foundation**<br>KAUFMAN & CANOLES, P.C.<br>Paul K. Campsen<br>Dennis T. Lewandowski<br>150 West Main Street, Suite 2100<br>Norfolk, VA 23510<br>pkcampsen@kaufcan.com<br>dtlewand@kaufcan.com |
| **The Colonial Williamsburg Foundation**<br>Gail Waddell, General Counsel<br>134 N. Henry Street<br>PO Box 1776<br>Williamsburg, VA 23187-1776<br>gwaddell@cwf.org | **Attorneys for The Colonial Williamsburg Foundation**<br>Jeffrey C. Krause<br>Stutman Treister & Glatt<br>1901 Avenue of the Stars, 12th Floor<br>Los Angeles, CA  90067<br>jkrause@Stutman.com | |