Richard M. Pachulski (CA Bar No. 90073)
Debra I. Grassgreen (CA Bar No. 169978)
John W. Lucas (NY Bar No. 4288379)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010
Email: rpachulski@pszjlaw.com
       dgrassgreen@pszjlaw.com
       jlucas@pszjlaw.com

Attorneys for Carter's Grove, LLC
Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>**CARTER'S GROVE, LLC,**<br><br>            Debtor. | Case No.: 10-40297 EDJ<br><br>Chapter 11<br><br>**NOTICE OF MOTION OF DEBTORS MOTION TO FILE UNDER SEAL CONFIDENTIAL LIST OF MATERIAL ASSETS AND OBLIGATIONS OF HALSEY M. MINOR AS A PROPOSED EXHIBIT TO DEBTOR'S PROPOSED DISCLOSURE STATEMENT IN SUPPORT OF PLAN OF REORGANIZATION**<br><br>**Hearing Date:**<br><br>Date: August 1, 2011<br>Time: 9:30 A.M.<br>Place: U.S. Bankruptcy Court<br>       235 Pine Street, 19th Floor<br>       San Francisco, California<br>Judge: Honorable Thomas E. Carlson |

**TO THE HONORABLE THOMAS E. CARLSON, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL OTHER PARTIES REQUESTING NOTICE**

      **PLEASE TAKE NOTICE** that on July 7, 2010, Carter's Grove, LLC, the debtor and debtor-in-possession in the above-captioned case (the "Debtor"), filed the *Motion to File Under Seal Confidential List of Material Assets and Obligations of Halsey M. Minor* (the "Motion").

NOTICE OF MOTION OF DEBTORS MOTION TO FILE UNDER SEAL CONFIDENTIAL LIST OF MATERIAL ASSETS AND OBLIGATIONS OF HALSEY M. MINOR AS A PROPOSED EXHIBIT TO DEBTOR'S PROPOSED DISCLOSURE STATEMENT IN SUPPORT OF PLAN OF REORGANIZATION

DOCS_SF:77428.1 33802-002

Case: 11-30554  Doc# 71  Filed: 07/07/11  Entered: 07/07/11 10:05:34  Page 1 of 2

| | |
|---|---|
| 1 | **PLEASE TAKE FURTHER NOTICE** that a hearing to consider the relief sought in the Motion will be held on **August 1, 2011 at 9:30 a.m.** (the "Hearing") before the Honorable Thomas E. Carlson, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Northern District of California, 235 Pine Street, 19th Floor, San Francisco, California 94104. |

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the relief sought in the Motion will be held on **August 1, 2011 at 9:30 a.m.** (the "Hearing") before the Honorable Thomas E. Carlson, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Northern District of California, 235 Pine Street, 19th Floor, San Francisco, California 94104.

**PLEASE TAKE FURTHER NOTICE that, pursuant to Bankruptcy Local Rule 9014-1, any objection to the Motion must be filed and served upon counsel for the Debtors by no later than seven (7) days prior to the Hearing. Any objection to the Motion must be accompanied by any declarations or memoranda of law that the objecting or requesting party wishes to present in support of its position. If there is no timely objection, the Court may grant the relief requested in the Motion by default without further notice or hearing.**

Dated: July 7, 2011        PACHULSKI STANG ZIEHL & JONES LLP

By   */s/ John W. Lucas*
     John W. Lucas

     Attorneys for Debtors
     and Debtors in Possession

NOTICE OF MOTION OF DEBTORS MOTION TO FILE UNDER SEAL CONFIDENTIAL LIST OF MATERIAL ASSETS AND OBLIGATIONS OF HALSEY M. MINOR AS A PROPOSED EXHIBIT TO DEBTOR'S PROPOSED DISCLOSURE STATEMENT IN SUPPORT OF PLAN OF REORGANIZATION

Case: 11-30554   Doc# 71   Filed: 07/07/11   Entered: 07/07/11 10:05:34   Page 2 of 2