1  Richard M. Pachulski (CA Bar No. 90073)
   Debra I. Grassgreen (CA Bar No. 169978)
2  John W. Lucas (NY Bar No. 4288379)
   PACHULSKI STANG ZIEHL & JONES LLP
3  150 California Street, 15th Floor
   San Francisco, California 94111-4500
4  Telephone: 415/263-7000
   Facsimile:  415/263-7010
5  Email: rpachulski@pszjlaw.com
          dgrassgreen@pszjlaw.com
6         jlucas@pszjlaw.com

7  Attorneys for Carter's Grove, LLC
   Debtor and Debtor in Possession

8

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| In re: | Case No.: 11-30554 (TEC) |
|---|---|
| **CARTER'S GROVE, LLC,** | Chapter 11 |
| Debtor. | **MOTION TO FILE UNDER SEAL CONFIDENTIAL LIST OF MATERIAL ASSETS AND OBLIGATIONS OF HALSEY M. MINOR AS A PROPOSED EXHIBIT TO DEBTOR'S PROPOSED DISCLOSURE STATEMENT IN SUPPORT OF PLAN OF REORGANIZATION** |
| | **Hearing Date** |
| | Date: August 1, 2011<br>Time: 9:30 A.M.<br>Place: U.S. Bankruptcy Court<br>        235 Pine Street, 19th Floor<br>        San Francisco, California<br>Judge: Honorable Thomas E. Carlson |

**HONORABLE THOMAS E. CARLSON,
UNITED STATES BANKRUPTCY JUDGE:**

Carter's Grove, LLC, the debtor and debtor-in-possession in the above-captioned case (the "Debtor"), hereby files this motion (the "Motion"), pursuant to Civil Local Rule 79-5 (applicable to this proceeding pursuant to Bankruptcy Local Rule 1001-2(a)), for authorization to file under seal

DOCS_SF:77424.2 33801-002                1                MOTION TO FILE UNDER SEAL CONFIDENTIAL LIST
                                                          OF MATERIAL ASSETS AND OBLIGATIONS OF
                                                          HALSEY M. MINOR AS A PROPOSED EXHIBIT TO
Case: 11-30554   Doc# 72   Filed: 07/07/11   Entered: 07/07/11 10:19:03   Page 1 of 7
                                                          DEBTOR'S PROPOSED DISCLOSURE STATEMENT IN
                                                          SUPPORT OF PLAN OF REORGANIZATION

the list of material assets and obligations of Halsey M. Minor (the "Minor Material Assets/Obligations").

## Jurisdiction

This Court has jurisdiction over this Motion under 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). The venue for this proceeding and the Motion is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

## Relief Requested

By this Motion, the Debtor is seeking authorization, pursuant to section 107(b) of the title 11 of the United States Code (the "Bankruptcy Code"), Rule 9018 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Civil Local Rule 79-5 (applicable to this proceeding pursuant to Bankruptcy Local Rule 1001-2(a)), to file under seal the list of the Minor Material Assets/Obligations. A copy of the Minor Material Assets/Obligations has been submitted separately to Chambers. The *Declaration of Halsey M. Minor in Support of the Motion To File Under Seal The Confidential List of Material Assets and Obligations of Halsey M. Minor* (the "Minor Declaration") was filed contemporaneously herewith.

### The Motion Should Be Granted To Avoid The Harm That Would Result If Minor Is Required To Disclose The Confidential Information Contained In The List Of Minor Material Assets/Obligations

On June 14, 2011 the Debtor filed its *Plan of Reorganization* [Docket No. 60] (the "Plan") and the *Disclosure Statement in Support of the Plan of Reorganization* [Docket No. 61] (the "Disclosure Statement"). The Debtor intends to attach the list of Minor Material Assets/Obligations as an exhibit to the Disclosure Statement to show that Halsey M. Minor's ("Mr. Minor") has the financial wherewithal to fund the proposed payments under the Plan. However, the Debtor proposes to file such exhibit under seal because it contains confidential information of Mr. Minor's financial portfolio. The public disclosure of such information would adversely affect his various business ventures and his ability to negotiate with current and potential counterparties.

The Debtor, however, proposes to make the list of the Minor Material Assets/Obligations available to the Debtor's three primary secured creditors (The Colonial Williamsburg Foundation,

DOCS_SF:77424.2 33801-002 2 MOTION TO FILE UNDER SEAL CONFIDENTIAL LIST OF MATERIAL ASSETS AND OBLIGATIONS OF HALSEY M. MINOR AS A PROPOSED EXHIBIT TO DEBTOR'S PROPOSED DISCLOSURE STATEMENT IN SUPPORT OF PLAN OF REORGANIZATION

Case: 11-30554  Doc# 72  Filed: 07/07/11  Entered: 07/07/11 10:19:03  Page 2 of 7

AVN, LLC, and Sotheby's) so long as such parties execute a standard confidentiality agreement in which they agree not to disclose such information to third parties that are not subject to a confidentiality agreement with the Debtor regarding the list Minor Material Assets/Obligations. Given the relatively small amount of general unsecured claims (approximately $62,000), the Debtor does not anticipate that such creditors will have an interest in reviewing the list of Minor Material Assets/Obligations. Nevertheless, the Debtor will make the list available to any other party in interest so long as such party executes a confidentiality agreement. In addition, the Debtor will make the list of Minor Material Assets/Obligations available to the Office of the United States Trustee.

As set forth in greater detail in the Minor Declaration, Mr. Minor owns, operates, and invests in a variety of businesses and properties that include, but are not limited to, technology companies, real estate developments, artwork, and thoroughbred race horses. On a regular basis, Mr. Minor is engaged in negotiations regarding the sale of such assets or potential transactions to acquire such assets. Because Mr. Minor will be responsible for funding the Plan obligations of the Debtor, he recognizes the importance to disclose an overview of his assets and liabilities to show that he has the financial wherewithal to make such payments. In this regard, if Mr. Minor is required to file the list Minor Material Assets/Obligations, he would give his various current and potential counterparties confidential information about his financial portfolio that would unduly affect Mr. Minor's ability to negotiate pending and future transactions with counterparties.

This Motion is based on the facts set forth herein and the Minor Declaration and the law in the Memorandum of Points and Authorities, each filed contemporaneously herewith, and the Disclosure Statement and the record of this case.

DOCS_SF:77424.2 33801-002

3

MOTION TO FILE UNDER SEAL CONFIDENTIAL LIST OF MATERIAL ASSETS AND OBLIGATIONS OF HALSEY M. MINOR AS A PROPOSED EXHIBIT TO DEBTOR'S PROPOSED DISCLOSURE STATEMENT IN SUPPORT OF PLAN OF REORGANIZATION

Case: 11-30554  Doc# 72  Filed: 07/07/11  Entered: 07/07/11 10:19:03  Page 3 of 7

For all of the foregoing reasons, the Debtor respectfully requests that the Court grant this Motion, and enter the proposed order granting the Motion annexed hereto as <u>Exhibit A</u>.

Dated: July 7, 2011　　　　　　　　　PACHULSKI STANG ZIEHL & JONES LLP

By　*/s/ John W. L:ucas*
　　Richard M. Pachulski
　　Debra I. Grassgreen
　　John W. Lucas

　　Attorneys for Carter's Grove, LLC,
　　Debtor and Debtor in Possession

DOCS_SF:77424.2 33801-002

4

MOTION TO FILE UNDER SEAL CONFIDENTIAL LIST OF MATERIAL ASSETS AND OBLIGATIONS OF HALSEY M. MINOR AS A PROPOSED EXHIBIT TO DEBTOR'S PROPOSED DISCLOSURE STATEMENT IN SUPPORT OF PLAN OF REORGANIZATION

Case: 11-30554　　Doc# 72　　Filed: 07/07/11　　Entered: 07/07/11 10:19:03　　Page 4 of 7

# **EXHIBIT A**

(Proposed Order)

| | |
|---|---|
| Richard M. Pachulski (CA Bar No. 90073)<br>Debra I. Grassgreen (CA Bar No. 169978)<br>John W. Lucas (NY Bar No. 4288379)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>150 California Street, 15th Floor<br>San Francisco, California 94111-4500<br>Telephone: 415/263-7000<br>Facsimile: 415/263-7010<br>Email: rpachulski@pszjlaw.com<br>  dgrassgreen@pszjlaw.com<br>  jlucas@pszjlaw.com<br><br>Attorneys for Carter's Grove, LLC<br>Debtor and Debtor in Possession | |

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>**CARTER'S GROVE, LLC,**<br><br>Debtor. | Case No.: 11-30554 (TC)<br><br>Chapter 11<br><br>**ORDER AUTHORIZING DEBTOR TO FILE UNDER SEAL CONFIDENTIAL LIST OF MATERIAL ASSETS AND OBLIGATIONS OF HALSEY M. MINOR AS A PROPOSED EXHIBIT TO DEBTOR'S PROPOSED DISCLOSURE STATEMENT IN SUPPORT OF PLAN OF REORGANIZATION**<br><br>**Hearing Date**<br>Date: August 1, 2011<br>Time: 9:30 A.M.<br>Place: U.S. Bankruptcy Court<br>  235 Pine Street, 19th Floor<br>  San Francisco, California<br>Judge: Honorable Thomas E. Carlson |

Upon the *Motion To File Under Seal The Confidential List of Material Assets and Obligations of Halsey M. Minor* [Docket No. __] (the "Motion") of Carter's Grove, LLC., the debtor and debtor-in-possession herein (the "Debtor"), for an order authorizing the Debtor to file under seal the list of material assets and obligations of Halsey M. Minor (the "Minor Material Assets/Obligations"):

1

**IT IS HEREBY ORDERED THAT:**

1. The Application is GRANTED as provided herein.

2. The Debtor is authorized to file under seal the list of Minor Material Assets/Obligations as an exhibit to the proposed *Disclosure Statement in Support of the Plan of Reorganization* [Docket No. 61] (as may be amended from time to time, the "<u>Disclosure Statement</u>").

3. The Debtor shall provide a copy of the the list of Minor Material Assets/Obligations to the Office of the United States Trustee, who shall not disclose the information contained in the list of Minor Material Assets/Obligations to parties that are subject to non-disclosure agreements regarding the same subject matter.

4. The Debtor shall provide the list of Minor Material Assets/Obligations to any party in interest in the Debtor's case so long as such party executes a customary non-disclosure agreement and agrees not to disclose the confidential information contained in the list of Minor Material Assets/Obligations..

**\*\*\* END OF ORDER \*\*\***