JEFFREY C. KRAUSE (State Bar No. 94053)
jkrause@stutman.com
H. ALEXANDER FISCH (State Bar No. 223211)
afisch@stutman.com
GABRIEL I. GLAZER (State Bar No. 246384)
gglazer@stutman.com
STUTMAN, TREISTER & GLATT
PROFESSIONAL CORPORATION
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone: (310) 228-5600
Telecopy: (310) 228-5788

PAUL K. CAMPSEN, (VSB No. 18133)
pkcampsen@kaufcan.com
DENNIS T. LEWANDOWSKI, (VSB No. 22232)
dtlewand@kaufcan.com
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3000
Telecopy: (757) 624-3169

Counsel for The Colonial Williamsburg Foundation

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>CARTER'S GROVE, LLC<br><br>               Debtor, | Case No. 11-30554<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE OF ORDER GRANTING MOTION TO TRANSFER VENUE OF CHAPTER 11 CASE AND RELATED ADVERSARY PROCEEDING TO NEWPORT NEWS, VIRGINIA**<br><br>Hearing<br><br>Date:     July 7, 2011<br>Time:    11:00 a.m.<br>Place:   Courtroom 23<br>           235 Pine Street<br>           San Francisco, CA 94104 |

# CERTIFICATE OF SERVICE

I, Joanne B. Stern, am over the age of 18 years and not a party to the within action. I am employed in an office that employs a member of the bar of this court, at whose direction the within service was made. My business address is Stutman, Treister, & Glatt Professional Corporation, 1901 Avenue of the Stars, 12th Floor, Los Angeles, California 90067-6013. On July 12, 2011, I served the foregoing pleadings:

**ORDER GRANTING MOTION TO TRANSFER VENUE OF CHAPTER 11 CASE AND ADVERSARY PROCEEDING TO NEWPORT NEWS, VIRGINIA**

on the interested parties in this action by placing true copies thereof, enclosed in sealed envelopes, with first class postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as follows: see service list attached hereto and incorporated herein by reference

I also served the foregoing pleadings by electronic mail at the email addresses on the email service list attached hereto and incorporated herein by reference.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 12, 2011, at Los Angeles, California.

*/s/Joanne B. Stern*
Joanne B. Stern

Carter's Grove LLC – Service List
created 03/03/2011 doc # 548629

| Debtor: | Debtor's Counsel: | U.S. Trustee: |
| --- | --- | --- |
| Carter's Grove LLC<br>c/o Haley's Minor<br>3810 Washington Street<br>San Francisco, CA 94118-1650 | Debra I. Grassgreen<br>Pachulski, Stang, Ziehl & Jones<br>150 California St., 15th Fl<br>San Francisco, CA 94111-4554 | Office of the U.S. Trustee<br>235 Pine Street, Suite 700<br>San Francisco, CA 94104-2736 |
| AVN Air, LLC:<br>c/o GE Capital<br>Attn: Doby Rose<br>4 Park Plaza, Suite 1400<br>Irvine, CA 92614-8560 | Allied Waste<br>PO Box 9001099<br>Louisville, KY 40290-1099 | Anthem Blue Cross and Blue Shield<br>PO Box 580494<br>Charlotte, NC 28258-0494 |
| Bay Disposal & Recycling<br>465 E. Indian River Road<br>Norfolk, VA 23423-1755 | CA Employment Development Dept.<br>Bankruptcy Group MIC 928<br>PO Box 826880<br>Sacramento, CA 94280-0001 | CA Franchise Tax Board<br>Special Procedures Bankruptcy Unit<br>PO Box 2952<br>Sacramento, CA 95812-2952 |
| Charles Steppe<br>2800 Ridge Road<br>Charlottesville, VA 22901-9484 | Chief Tax Collection Section<br>Employment Development Section<br>PO Box 826203<br>Sacramento, CA 94230 | David Write Tremaine LLP<br>Attn: Harvey S. Schochet<br>505 Montgomery Street<br>San Francisco, CA 94111-6529 |
| Dominion Power<br>PO Box 26532<br>Richmond, VA 23261-6532 | IRS<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Kaufman & Canoles PC<br>Paul W. Gerhardt, Esq.<br>4801 Courthouse St., Ste 300<br>Williamsburg, VA 23188-2678 |
| Adam A. Lewis<br>Morrison and Foerster LLP<br>425 Market Street<br>San Francisco, CA 94105-2482 | Meeks Disposal Corp.<br>1238 Cavalier Blvd.<br>Chesapeake, VA 23323-1502 | Natasha K. Loeblich<br>315 Drexel Drive<br>Grapevine, TX 76051-5102 |
| Newport News Waterworks<br>PO Box 979<br>Newport News, VA 23607-0979 | Vincent J. Novak<br>Morrison and Foerster LLP<br>425 Market St.<br>San Francisco, CA 94105-2482 | Phillips Energy, Inc.<br>PO Box 726<br>Gloucester Point, VA 23062-0726 |
| Private Client Group (Chartis)<br>PO Box 601148<br>Pasadena, CA 91189-1148 | Reed Smith LLP<br>Attn: James C. Brennan<br>3110 Fairview Park Drive, Suite 1400<br>Falls Church, VA 22042-4535 | Rob Mays<br>8797 Pocahontas Trail<br>Williamsburg, VA 23185-6025 |

- 3 -
552785v1

Case: 11-30554    Doc# 73    Filed: 07/12/11    Entered: 07/12/11 13:53:44    Page 3 of 4

| 1 | | | |
|---|---|---|---|
| 2 | Sotheby's Inc.<br>Attn: General Counsel<br>1334 York Avenue<br>New York, NY 10021-4806 | Tami Mays<br>8797 Pocahontas Trail<br>Williamsburg, VA 23185-6025 | The Colonial Williamsburg Foundation<br>134 N. Henry Street<br>PO Box 1776<br>Williamsburg, VA 23187-1776 |

**Electronic Mail Notice List  parties served by the court**

The following is the list of **parties** who are currently on the list to receive e-mail notice/service for this case.

- Harden Alexander Fisch    afisch@stutman.com
- Debra I. Grassgreen    dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
- Adam A. Lewis    alewis@mofo.com
- John Williams Lucas    jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- Vincent J. Novak    vnovak@mofo.com, jkline@mofo.com
- Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov, ltroxas@hotmail.com
- Harvey S. Schochet    Harveyschochet@dwt.com
- Frances Alexis Tretter    alexistretter@dwt.com , edithshertz@dwt.com
- 
- 
- **Served by the by the Declarant herein:**
- Paul K. Campsen    pkcampsen@kaufcan.com
- Dennis T. Lewandowski    dtlewand@kaufcan.com

- 4 -

552785v1