Entered on Docket
July 15, 2011
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: July 14, 2011

_____
**THOMAS E. CARLSON**
**U.S. Bankruptcy Judge**

JEFFREY C. KRAUSE (State Bar No. 94053)
jkrause@stutman.com
H. ALEXANDER FISCH (State Bar No. 223211)
afisch@stutman.com
GABRIEL I. GLAZER (State Bar No. 246384)
gglazer@stutman.com
STUTMAN, TREISTER & GLATT
PROFESSIONAL CORPORATION
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone: (310) 228-5600
Telecopy: (310) 228-5788

PAUL K. CAMPSEN, (VSB No. 18133)
pkcampsen@kaufcan.com
DENNIS T. LEWANDOWSKI, (VSB No. 22232)
dtlewand@kaufcan.com
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3000
Telecopy: (757) 624-3169

Counsel for The Colonial Williamsburg Foundation

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>CARTER'S GROVE, LLC<br><br>    Debtor, | Case No. 11-30554<br><br>Chapter 11<br><br>**ORDER GRANTING MOTION TO TRANSFER VENUE OF CHAPTER 11 CASE AND RELATED ADVERSARY PROCEEDING TO NEWPORT NEWS, VIRGINIA**<br><br>Hearing<br><br>Date: July 7, 2011<br>Time: 11:00 a.m.<br>Place: Courtroom 23<br>   235 Pine Street<br>   San Francisco, CA 94104 |

| | |
|---|---|
| 1 | "The Colonial Williamsburg Foundation's Notice of Motion and Motion to Transfer |
| 2 | Venue" (the "<u>Transfer Motion</u>") came on for continued hearing before the undersigned in his |
| 3 | Courtroom 23, 235 Pine Street, San Francisco, California 94104 at 11:00 a.m. on July 7, 2011. |
| 4 | Jeffrey C. Krause, a member of Stutman, Treister & Glatt Professional Corporation, appeared on |
| 5 | behalf of The Colonial Williamsburg Foundation ("<u>CWF</u>") in support of the Transfer Motion. |
| 6 | Debra I. Grassgreen and John W. Lucas, of Pachulski, Stang, Ziehl & Jones, LLP, appeared on |
| 7 | behalf of Carter's Grove, LLC, debtor and debtor in possession in the above-captioned chapter 11 |
| 8 | case, in opposition to the Transfer Motion. Adam Lewis, Senior Counsel of Morrison & Foerester, |
| 9 | appeared on behalf of Sotheby's, Inc., in opposition to the Transfer Motion. Peter L. Isola, a partner |
| 10 | of Davis Wright Tremaine, appeared on behalf of AVN, LLC, in opposition to the Transfer Motion. |
| 11 | The Court has considered the pleadings filed in support of and in opposition to the Transfer Motion, |
| 12 | the pleadings filed in the above-captioned chapter 11 case and the "Complaint Regarding: (A) |
| 13 | Objection to Claims Filed by the Colonial Williamsburg Foundation, (B) Counterclaims for (I) |
| 14 | Fraudulent Concealment, (II) Cost Recovery Under CERCLA, and (III) Declaratory Judgment" |
| 15 | commencing Adversary Proceeding No. 11-03133 (TEC) (the "<u>Adversary Proceeding</u>") by the |
| 16 | Debtor against CWF, and the arguments of counsel at the hearing; and based on good cause |
| 17 | appearing, **NOW, THEREFORE, IT IS** |
| 18 | **ORDERED**, that the Transfer Motion is granted; and it is further |
| 19 | **ORDERED**, that the above-captioned case under chapter 11 and the Adversary |
| 20 | Proceeding commenced by the Debtor against CWF are hereby transferred to the United States |
| 21 | Bankruptcy Court for the Eastern District of Virginia, Newport News Division, effective |
| 22 | immediately upon entry of this Order. |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | Jeffrey C. Krause |
| | Alex Fisch |
| 3 | Stutman, Treister & Glatt PC |
| | 1901 Avenue of the Stars, 12th Floor |
| 4 | Los Angeles, CA 90067 |
| 5 | |
| 6 | Paul K. Campsen, Esq. |
| | Dennis T. Lewandowski, Esq. |
| | Kaufman & Canoles, P.C. |
| 7 | 150 West Main Street, Suite 2100 |
| | Norfolk, VA 23510 |