# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re: Carter's Grove, LLC | **Case No.** | 11-30554 (TEC) |
| | **CHAPTER 11** | |
| | **MONTHLY OPERATING REPORT** | |

## SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:** 06/30/11          **PETITION DATE:** 02/14/11

1. Debtor in possession hereby submits this Monthly Operating Report on the Accrual Basis of accounting.

Dollars reported in __$1__

| | | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|---|
| 2. | **Asset and Liability Structure** | | | |
| | a. Current Assets | $1,953 | $2,910 | |
| | b. Total Assets | $15,958,371 | $21,159,328 | $21,156,418 |
| | c. Current Liabilities | $43,152 | $11,589 | |
| | d. Total Liabilities | $12,533,628 | $12,502,065 | $12,490,476 |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 3. | **Statement of Cash Receipts & Disbursements for Month** | | | |
| | a. Total Receipts | $12,259 | $38,393 | $101,952 |
| | b. Total Disbursements | $11,792 | $39,818 | $100,000 |
| | c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $468 | ($1,425) | $1,953 |
| | d. Cash Balance Beginning of Month | $1,486 | $2,910 | $0 |
| | e. Cash Balance End of Month (c + d) | $1,953 | $1,486 | $1,953 |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 4. | **Profit/(Loss) from the Statement of Operations** | N/A | N/A | N/A |
| 5. | **Account Receivables (Pre and Post Petition)** | $0 | $0 | |
| 6. | **Post-Petition Liabilities** | $43,152 | $11,589 | |
| 7. | **Past Due Post-Petition Account Payables (over 30 days)** | $14,713 | $8,421 | |

| | At the end of this reporting month: | Yes | No |
|---|---|---|---|
| 8. | Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 9. | Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 10. | If the answer is yes to 8 or 9, were all such payments approved by the court? | | X |
| 11. | Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | X |
| 12. | Is the estate insured for replacement cost of assets and for general liability? | X | |
| 13. | Are a plan and disclosure statement on file? | X | |
| 14. | Was there any post-petition borrowing during this reporting period? | | X |

15. Check if paid: Post-petition taxes __N/A__ ; U.S. Trustee Quarterly Fees __X__ ; Check if filing is current for: Post-petition tax reporting and tax returns: __Not yet due__ .
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: __07/20/11__

_____
Responsible Individual

**BALANCE SHEET**
**For the Month Ended** 06/30/11

| | Assets | Check if Exemption Claimed on Schedule C | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents (including bank accts., CDs, ets.) | | $1,953 |
| 2 | Accounts receivable (net) | | $0 |
| 3 | Retainer(s) paid to professionals | | $0 |
| 4 | Other: | | $0 |
| 5 | | | |
| 6 | **Total Current Assets** | | $1,953 |
| | **Long Term Assets (Market Value)** | | |
| 7 | Real Property (residential) | | $21,000,000 |
| 8 | Real property (rental or commercial) | | |
| 9 | Furniture, Fixtures, and Equipment | | $149,918 |
| 10 | Vehicles | | $6,500 |
| 11 | Partnership interests | | $0 |
| 12 | Interest in corportations | | $0 |
| 13 | Stocks and bonds | | $0 |
| 14 | Interests in IRA, Keogh, other retirement plans | | $0 |
| 15 | Other: | | $0 |
| 16 | | | |
| 17 | **Total Long Term Assets** | | $21,156,418 |
| 18 | **Total Assets** | | $21,158,371 |
| | **Liabilities** | | |
| | **Post-Petition Liabilities** | | |
| | **Current Liabilities** | | |
| 19 | Post-petition not delinquent (under 30 days) | | $28,438 |
| 20 | Post-petition delinquent other than taxes (over 30 days) | | $14,713 |
| 21 | Post-petition delinquent taxes | | $0 |
| 22 | Accrued professional fees | | $0 |
| 23 | Other: | | $0 |
| 24 | | | |
| 25 | **Total Current Liabilities** | | $43,152 |
| 26 | **Long-Term Post Petition Debt** | | |
| 27 | **Total Post-Petition Liabilities** | | $43,152 |
| | **Pre-Petition Liabilities (allowed amount)** | | |
| 28 | Secured claims (residence) | | $12,422,064 |
| 29 | Secured claims (other) | | |
| 30 | Priority unsecured claims | | $14,992 |
| 31 | General unsecured claims | | $53,420 |
| 32 | **Total Pre-Petition Liabilities** | | $12,490,476 |
| 33 | **Total Liabilities** | | $12,533,628 |
| | **Equity (Deficit)** | | |
| 34 | **Total Equity (Deficit)** | | $8,624,743 |
| 35 | **Total Liabilities and Equity (Deficit)** | | $21,158,371 |

NOTE:
The value of the real property is based off an appraisal dated 10/19/2009.  The appraisal uses both the "Cost Approach" and "Comparable Sales Approach."  The value of the equipment is based on the purchase price in 12/07 and subject to depreciation since the date of purchase.

Revised 3/15/99

# SCHEDULES TO THE BALANCE SHEET

### Schedule A
### Rental Income Information

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

|  |  | Property 1 | Property 2 | Property 3 |
|---|---|---|---|---|
| 1 | Description of Property |  |  |  |
| 2 | Scheduled Gross Rents |  |  |  |
|  | Less: |  |  |  |
| 3 | Vacancy Factor |  |  |  |
| 4 | Free Rent Incentives |  |  |  |
| 5 | Other Adjustments |  |  |  |
| 6 | Total Deductions | $0 | $0 | $0 |
| 7 | Scheduled Net Rents | $0 | $0 | $0 |
| 8 | Less:  Rents Receivable (2) |  |  |  |
| 9 | Scheduled Net Rents Collected (2) | $0 | $0 | $0 |

(2) To be completed by cash basis reporters only.

### Schedule B
### Recapitulation of Funds Held at End of Month

|  |  | Account 1 | Account 2 | Account 3 |
|---|---|---|---|---|
| 10 | Bank |  |  |  |
| 11 | Account No. |  |  |  |
| 12 | Account Purpose |  |  |  |
| 13 | Balance, End of Month |  |  |  |
| 14 | Total Funds on Hand for all Accounts | $0 |  |  |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 3/15/99

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
### Increase/(Decrease) in Cash and Cash Equivalents
#### For the Month Ended _____06/30/11_____

| | | Actual<br>Current Month | Cumulative<br>(Case to Date) |
|---|---|---|---|
| **Cash Receipts** | | | |
| 1 | Rent/Leases Collected | $0 | $0 |
| 2 | Cash Received from Sales | $0 | $0 |
| 3 | Interest Received | $0 | $0 |
| 4 | Borrowings | $0 | $0 |
| 5 | Funds from Shareholders, Partners, or Other Insiders | $0 | $0 |
| 6 | Capital Contributions | $12,259 | $101,952 |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | **Total Cash Receipts** | $12,259 | $101,952 |
| **Cash Disbursements** | | | |
| 13 | Selling | $0 | $0 |
| 14 | Administrative | $174 | $59,425 |
| 15 | Capital Expenditures | $0 | $0 |
| 16 | Principal Payments on Debt | $0 | $0 |
| 17 | Interest Paid | $0 | $0 |
| | Rent/Lease: | | |
| 18 |     Personal Property | $0 | $0 |
| 19 |     Real Property | $0 | $0 |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 |     Salaries | $0 | $0 |
| 21 |     Draws | $0 | $0 |
| 22 |     Commissions/Royalties | $0 | $0 |
| 23 |     Expense Reimbursements | $0 | $0 |
| 24 |     Other | $0 | $0 |
| 25 | Salaries/Commissions (less employee withholding) | $8,907 | $31,097 |
| 26 | Management Fees | $0 | $0 |
| | Taxes: | | |
| 27 |     Employee Withholding | $2,711 | $9,477 |
| 28 |     Employer Payroll Taxes | $0 | $0 |
| 29 |     Real Property Taxes | $0 | $0 |
| 30 |     Other Taxes | $0 | $0 |
| 31 | Other Cash Outflows: | $0 | $0 |
| 32 | | | |
| 33 | | | |
| 34 | | | |
| 35 | | | |
| 36 | | | |
| 37 | **Total Cash Disbursements:** | $11,792 | $100,000 |
| 38 | **Net Increase (Decrease) in Cash** | $468 | $1,953 |
| 39 | **Cash Balance, Beginning of Period** | $1,486 | |
| 40 | **Cash Balance, End of Period** | $1,953 | $1,953 |

33801-002\DOCS_SF:76340v2   Revised 3/15/99

# Expanded Business Checking



CARTER'S GROVE LLC
DEBTOR-IN-POSSESSION
GENERAL OPERATIONS ACCOUNT
3810 WASHINGTON ST
SAN FRANCISCO CA 94118-1650

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

The Wells Fargo Business Insight Resource Center offers free access to business information and advice through videos, articles, podcasts and other resources. This site offers objective information from industry experts, best practices from real business owners, as well as numerous Wells Fargo solutions that can help you run your business. Visit the site at wellsfargobusinessinsights.com.

## Account options

*A check mark in the box indicates you have these convenient services with your account. Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

Business Online Banking ☐
Rewards for Business Check Card ☐
Online Statements ☐
Business Bill Pay ☐
Business Spending Report ☐
Overdraft Protection ☐



# ✓ IMPORTANT ACCOUNT INFORMATION

Starting August 14, 2011, if you currently receive a separate monthly statement for this and other accounts, they may be combined if they have the same account owner(s) and same mailing address. The information you currently receive will not change - it will simply be consolidated into one easy-to-read statement to save you time when organizing your financial records. We hope you will enjoy this new convenience and "greener" approach. If you do not want your statements combined, please talk to your banker or call the number on your statement.

Do you need to order business checks?
Here are 3 easy ways to order:
1) Login to wellsfargo.com/checks
2) Call Harland Clarke at 1-800-237-8982 (Monday-Friday 5am-9pm PST, Saturday 5am-4pm PST)
3) Contact your banker

Case: 11-30554   Doc# 77   Filed: 07/21/11   Entered: 07/21/11 10:26:58   Page 5 of 15




## Activity summary

| | |
|---|---|
| Beginning balance on 6/1 | $946.75 |
| Deposits/Credits | 12,259.09 |
| Withdrawals/Debits | - 12,040.00 |
| **Ending balance on 6/30** | **$1,165.84** |
| | |
| Average ledger balance this period | $1,529.41 |

Account number: ▮3482

**CARTER'S GROVE LLC
DEBTOR-IN-POSSESSION
GENERAL OPERATIONS ACCOUNT**

*California account terms and conditions apply*

For Direct Deposit and Automatic Payments use
Routing Number (RTN): 121042882

For Wire Transfers use
Routing Number (RTN): 121000248

**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed at the top of your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 6/9 | | Deposit | 259.09 | | 1,205.84 |
| 6/13 | | WT Fed#05791 Jpmorgan Chase Ban /Org=William J Childress, Jr, Trustee Srf# 1350700164Es Trn#110613067829 Rfb# Poh of 11/06/13 | 6,000.00 | | |
| 6/13 | | Wire Trans Svc Charge - Sequence: 110613067825 Srf# 1350700164Es Trn#110613067829 Rfb# Poh of 11/06/13 | | 10.00 | 7,195.84 |
| 6/14 | | Online Transfer Ref #Ibefwxmy4P to Expanded Business Checking xxxxxx3474 on 06/14/11 | | 6,000.00 | 1,195.84 |
| 6/27 | | WT Fed#05405 Jpmorgan Chase Ban /Org=William J Childress, Jr, Trustee Srf# 1372700178Es Trn#110627076245 Rfb# Poh of 11/06/27 | 6,000.00 | | |
| 6/27 | | Wire Trans Svc Charge - Sequence: 110627076245 Srf# 1372700178Es Trn#110627076245 Rfb# Poh of 11/06/27 | | 10.00 | 7,185.84 |
| 6/28 | | Online Transfer Ref #Ibejt3Mpgs to Expanded Business Checking xxxxxx3474 on 06/28/11 | | 6,000.00 | 1,185.84 |
| 6/30 | | Monthly Service Fee | | 20.00 | 1,165.84 |
| **Ending balance on 6/30** | | | | | **1,165.84** |
| **Totals** | | | **$12,259.09** | **$12,040.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Paid and Deposited Items | 1 | 300 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

Looking for ways to cut costs? Direct Pay, through Wells Fargo Business Online, lets you make secure electronic payments. Paying employees and contractors by direct deposit helps save on labor - it's easy for you and convenient for them. You can also use Direct Pay to pay vendors as fast as the next business day. Learn more at wellsfargo.com/biz/directpay.



 IMPORTANT ACCOUNT INFORMATION

Save time with Online Bill Pay

Save time, avoid late fees, and save on postage costs. Be at ease knowing your payments get there fast-with over 90% of our top payees able to receive payments in 2 days or less. You can even make same day payments to Wells Fargo credit accounts, and to other select merchants. Pay your bills efficiently with Wells Fargo Bill Pay-backed by our Payment Guarantee. We guarantee your payments will be paid as scheduled, on time, every time. Go to wellsfargo.com or wellsfargo.com/biz to sign up or sign on today.

Sheet Seq = 0075002
Sheet 00002 of  00002



## General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**
**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**
**B.** Any deposits listed in your                     $ _____
register or transfers into                          $ _____
your account which are not                          $ _____
shown on your statement.                          + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**
**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | Total amount $ | |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

# Expanded Business Checking



CARTER'S GROVE LLC
DEBTOR-IN-POSSESSION
PAYROLL ACCOUNT
3810 WASHINGTON ST
SAN FRANCISCO CA 94118-1650

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

The Wells Fargo Business Insight Resource Center offers free access to business information and advice through videos, articles, podcasts and other resources. This site offers objective information from industry experts, best practices from real business owners, as well as numerous Wells Fargo solutions that can help you run your business. Visit the site at wellsfargobusinessinsights.com.

## Account options

*A check mark in the box indicates you have these convenient services with your account. Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Rewards for Business Check Card | ☐ |
| Online Statements | ☐ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |



# ☑ IMPORTANT ACCOUNT INFORMATION

Starting August 14, 2011, if you currently receive a separate monthly statement for this and other accounts, they may be combined if they have the same account owner(s) and same mailing address. The information you currently receive will not change - it will simply be consolidated into one easy-to-read statement to save you time when organizing your financial records. We hope you will enjoy this new convenience and "greener" approach. If you do not want your statements combined, please talk to your banker or call the number on your statement.

Do you need to order business checks?
Here are 3 easy ways to order:
1) Login to wellsfargo.com/checks
2) Call Harland Clarke at 1-800-237-8982 (Monday-Friday 5am-9pm PST, Saturday 5am-4pm PST)
3) Contact your banker

Case: 11-30554   Doc# 77   Filed: 07/21/11   Entered: 07/21/11 10:26:58   Page 9 of 15



## Activity summary

| | |
|---|---|
| Beginning balance on 6/1 | $380.44 |
| Deposits/Credits | 12,000.00 |
| Withdrawals/Debits | - 11,731.57 |
| **Ending balance on 6/30** | **$648.87** |
| | |
| Average ledger balance this period | $1,022.84 |

Account number: ███████3474

**CARTER'S GROVE LLC**
**DEBTOR-IN-POSSESSION**
**PAYROLL ACCOUNT**

*California account terms and conditions apply*

For Direct Deposit and Automatic Payments use
Routing Number (RTN): 121042882

For Wire Transfers use
Routing Number (RTN): 121000248

### Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed at the top of your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 6/10 | | Paychex Eib Invoice 110610 x40266000015422 Carters Grove LLC | | 94.35 | 286.09 |
| 6/14 | | Online Transfer Ref #Ibefwxmy4P From Expanded Business Checking xxxxxx3482 on 06/14/11 | 6,000.00 | | 6,286.09 |
| 6/15 | | Paychex Payroll 40477900001256x Carters Grove LLC | | 4,453.28 | |
| 6/15 | | Paychex Tps Taxes 061411 40480400002463x Carters Grove LLC | | 1,355.33 | 477.48 |
| 6/28 | | Online Transfer Ref #Ibejt3Mpgs From Expanded Business Checking xxxxxx3482 on 06/28/11 | 6,000.00 | | 6,477.48 |
| 6/30 | | Paychex Payroll 40686600001595x Carters Grove LLC | | 4,453.28 | |
| 6/30 | | Paychex Tps Taxes 062911 40688300003527x Carters Grove LLC | | 1,355.33 | |
| 6/30 | | Monthly Service Fee | | 20.00 | 648.87 |
| **Ending balance on 6/30** | | | | | **648.87** |
| **Totals** | | | **$12,000.00** | **$11,731.57** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Paid and Deposited Items | 5 | 300 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

Looking for ways to cut costs? Direct Pay, through Wells Fargo Business Online, lets you make secure electronic payments. Paying employees and contractors by direct deposit helps save on labor - it's easy for you and convenient for them. You can also use Direct Pay to pay vendors as fast as the next business day. Learn more at wellsfargo.com/biz/directpay.



# ✔ IMPORTANT ACCOUNT INFORMATION

Save time with Online Bill Pay

Save time, avoid late fees, and save on postage costs. Be at ease knowing your payments get there fast-with over 90% of our top payees able to receive payments in 2 days or less. You can even make same day payments to Wells Fargo credit accounts, and to other select merchants. Pay your bills efficiently with Wells Fargo Bill Pay-backed by our Payment Guarantee. We guarantee your payments will be paid as scheduled, on time, every time. Go to wellsfargo.com or wellsfargo.com/biz to sign up or sign on today.

Sheet Seq = 0075000
Sheet 00002 of 00002



## General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
   shown on your statement . . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

**B.** Any deposits listed in your          $ _____
   register or transfers into          $ _____
   your account which are not          $ _____
   shown on your statement.          + $ _____

   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**
   (Add Parts A and B)

   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**

**C.** The total outstanding checks and
   withdrawals from the chart above . . . . . . . . . . . . .  - $ _____

**CALCULATE THE ENDING BALANCE**
   (Part A + Part B - Part C)
   This amount should be the same
   as the current balance shown in
   your check register . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| | **Total amount** $ | |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

# Expanded Business Checking



CARTER'S GROVE LLC
DEBTOR-IN-POSSESSION
TAX ACCOUNT
3810 WASHINGTON ST
SAN FRANCISCO CA 94118-1650

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

The Wells Fargo Business Insight Resource Center offers free access to business information and advice through videos, articles, podcasts and other resources. This site offers objective information from industry experts, best practices from real business owners, as well as numerous Wells Fargo solutions that can help you run your business. Visit the site at wellsfargobusinessinsights.com.

## Account options

*A check mark in the box indicates you have these convenient services with your account. Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

Business Online Banking ☐
Rewards for Business Check Card ☐
Online Statements ☐
Business Bill Pay ☐
Business Spending Report ☐
Overdraft Protection ☐

# ☑ IMPORTANT ACCOUNT INFORMATION

Starting August 14, 2011, if you currently receive a separate monthly statement for this and other accounts, they may be combined if they have the same account owner(s) and same mailing address. The information you currently receive will not change - it will simply be consolidated into one easy-to-read statement to save you time when organizing your financial records. We hope you will enjoy this new convenience and "greener" approach. If you do not want your statements combined, please talk to your banker or call the number on your statement.

Do you need to order business checks?
Here are 3 easy ways to order:
1) Login to wellsfargo.com/checks
2) Call Harland Clarke at 1-800-237-8982 (Monday-Friday 5am-9pm PST, Saturday 5am-4pm PST)
3) Contact your banker

Case: 11-30554   Doc# 77   Filed: 07/21/11   Entered: 07/21/11 10:26:58   Page 13 of 15




## Activity summary

| | |
|---|---:|
| Beginning balance on 6/1 | $158.03 |
| Deposits/Credits | 0.00 |
| Withdrawals/Debits | - 20.00 |
| **Ending balance on 6/30** | **$138.03** |
| | |
| Average ledger balance this period | $158.03 |

Account number: ▮75576

**CARTER'S GROVE LLC**
**DEBTOR-IN-POSSESSION**
**TAX ACCOUNT**

*California account terms and conditions apply*

For Direct Deposit and Automatic Payments use
Routing Number (RTN): 121042882

For Wire Transfers use
Routing Number (RTN): 121000248

### Overdraft Protection

This account is not currently covered by Overdraft Protection. If you
would like more information regarding Overdraft Protection and
eligibility requirements please call the number listed at the top of
your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---:|---:|---:|
| 6/30 | | Monthly Service Fee | | 20.00 | 138.03 |
| **Ending balance on 6/30** | | | | | **138.03** |
| **Totals** | | | **$0.00** | **$20.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your
transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

Looking for ways to cut costs? Direct Pay, through Wells Fargo Business Online, lets you make secure electronic payments. Paying
employees and contractors by direct deposit helps save on labor - it's easy for you and convenient for them. You can also use Direct
Pay to pay vendors as fast as the next business day. Learn more at wellsfargo.com/biz/directpay.



# ✔ IMPORTANT ACCOUNT INFORMATION

Save time with Online Bill Pay

Save time, avoid late fees, and save on postage costs. Be at ease knowing your payments get there fast-with over 90% of our top
payees able to receive payments in 2 days or less. You can even make same day payments to Wells Fargo credit accounts, and to other
select merchants. Pay your bills efficiently with Wells Fargo Bill Pay-backed by our Payment Guarantee. We guarantee your payments
will be paid as scheduled, on time, every time. Go to wellsfargo.com or wellsfargo.com/biz to sign up or sign on today.



## General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**
**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**
**B.** Any deposits listed in your          $ _____
register or transfers into          $ _____
your account which are not          $ _____
shown on your statement.          + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**SUBTRACT**
**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | **Total amount** | $ |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

Sheet Seq = 0053448
Sheet 00002 of  00002